FEDERAL ENERGY REGULATORY COMMISSION
NORMAN C. BAY
Director, Office of Enforcement
WESLEY J. HEATH
Wesley.Heath@ferc.gov
TODD L. BRECHER
Todd.Brecher@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:     (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

*Please see continuation page for a complete list of the parties and their respective counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, <br><br> Respondents.[1] | CASE NO.:  2:13-cv-02093-TLN-DAD <br><br> **JOINT STIPULATION AND ORDER RE: ACCEPTANCE OF SERVICE AND EXTENSION OF PLEADING/BRIEFING SCHEDULE** <br><br> Presiding:   Hon. Troy L. Nunley <br> Courtroom:   2 <br> Trial Date:   None Set |

---

[1]   Barclays Bank PLC ("Barclays") and the individual traders named herein, Daniel Brin, Scott Connelly, Karen Levine and Ryan Smith (collectively, the "Individual Traders") specifically challenge, and reserve all rights with respect to, the Federal Energy Regulatory Commission's ("FERC") characterization of its initial pleading as a "Petition" as opposed to a "Complaint" and its characterization of the parties as "Petitioner" and "Respondents" as opposed to "Plaintiff" and "Defendants."  Barclays and the Individual Traders note that to date there has been no adversary proceeding where Barclays and the Individual Traders conducted discovery nor has there been a merits determination by an administrative law judge after a hearing or trial.  Barclays' and the Individual Traders' position is that this Court is required to assess the factual and legal issues raised by FERC's claims *de novo*.  *See* 16 U.S.C. § 823b(d)(3)(B).

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:       (213) 687-5600

JAY B. KASNER (*Pro Hac Vice Application pending*)
Jay.Kasner@skadden.com
STEVEN R. GLASER (*Pro Hac Vice Application pending*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:       (212) 735-2000

PATRICK FITZGERALD (*Pro Hac Vice Application pending*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:       (312) 407-0411

JOHN N. ESTES III (*Pro Hac Vice Application pending*)
John.Estes@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:       (202) 393-5760

GREGORY A. MARKEL (*Pro Hac Vice Application pending*)
Greg.Markel@cwt.com
JASON M. HALPER (*Pro Hac Vice Application pending*)
Jason.Halper@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:       (212) 504-6666

PAUL J. PANTANO JR. (*Pro Hac Vice Application pending*)
Paul.Pantano@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:       (202) 862-2400

Attorneys for BARCLAYS BANK PLC

| | |
|---|---|
| 1 | SUSAN L. GERMAISE (SBN 176595) |
|   | sgermaise@mcguirewoods.com |
| 2 | McGUIREWOODS LLP |
|   | 1800 Century Park East, 8th Floor |
| 3 | Los Angeles, California 90067 |
|   | Telephone:   (310) 315-8200 |
| 4 | Facsimile:    (310) 315-8210 |
| 5 | TODD MULLINS (*Pro Hac Vice Application pending*) |
|   | tmullins@mcguirewoods.com |
| 6 | McGUIREWOODS, LLP |
|   | 2001 K Street, N.W. |
| 7 | Washington, D.C. 20006-1040 |
|   | Telephone:   (202) 857-1752 |
| 8 | Facsimile:    (202) 828-3320 |
| 9 | ALLISON D. CHARNEY (*Pro Hac Vice Application pending*) |
|   | acharney@mcguirewoods.com |
| 10 | McGUIREWOODS LLP |
|   | 1345 Avenue of the Americas, 7th Floor |
| 11 | New York, New York 10105 |
|   | Telephone:   (212) 548-2166 |
| 12 | Facsimile:    (212) 715-6279 |
| 13 | Attorneys for DANIEL BRIN |
|    | and SCOTT CONNELLY |
| 14 | |
|    | KRYSTAL N. BOWEN (SBN 163972) |
| 15 | Krystal.Bowen@bingham.com |
|    | BINGHAM McCUTCHEN LLP |
| 16 | Three Embarcadero Center |
|    | San Francisco, California 94111 |
| 17 | Telephone:   (415) 393-2760 |
|    | Facsimile:    (415) 393-2286 |
| 18 | |
|    | MICHAEL L. SPAFFORD (*Pro Hac Vice Application pending*) |
| 19 | Michael.Spafford@bingham.com |
|    | J. BUB WINDLE (*Pro Hac Vice Application pending*) |
| 20 | Bub.Windle@bingham.com |
|    | BINGHAM McCUTCHEN LLP |
| 21 | 2020 K Street, N.W. |
|    | Washington, D.C. 20006 |
| 22 | Telephone:   (202) 373-6000 |
|    | Facsimile:    (202) 373-6001 |
| 23 | |
|    | Attorneys for KAREN LEVINE |
| 24 | and RYAN SMITH |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The Federal Energy Regulatory Commission, on the one hand, and Barclays and the Individual Traders, on the other hand, (collectively the "Parties") by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, FERC filed a "Petition For An Order Affirming The Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, And Ryan Smith" (the "Petition") in this action on October 9, 2013;

**WHEREAS**, there have been no previous time modifications in this action by stipulation or Court order extending Barclays' and the Individual Traders' time to respond to the Petition;

**WHEREAS**, the Parties have conferred to discuss service of process of the Petition and agreed upon a resolution that would avoid the costs associated with service of process in exchange for an agreed upon extended timeline for Barclays and the Individual Traders to move, answer, or otherwise respond to the Petition and for an extended timeline for any responses and replies thereto;

**WHEREAS**, Barclays and the Individual Traders agree to accept service of process through their attorneys and waive any defenses they may have as to the method, manner, or effectiveness of service of process;

**WHEREAS**, the Parties agree, however, that in doing so Barclays and the Individual Traders do not waive but specifically reserve any and all other defenses available to them including, but not limited to, any and all defenses related to jurisdiction and venue;

**WHEREAS**, in exchange for Barclays' and the Individual Traders' agreement to accept service of process through their attorneys, the Parties have agreed that Barclays' and the Individual Traders' time to move, answer, or otherwise respond to the Petition shall be extended until and including December 16, 2013;

**WHEREAS**, the Parties have agreed that FERC will have sixty (60) days from the date the final response to the Petition from Barclays or the Individual Traders is served to respond to or oppose any motion that is filed;

3
STIPULATION AND ORDER RE: ACCEPTANCE
OF SERVICE AND EXTENSION OF PLEADING/BRIEFING SCHEDULE

1    **WHEREAS**, the Parties have agreed that Barclays and the Individual Traders will have up to thirty-five (35) days from the service of FERC's opposition or response to file any reply briefs;

3    **WHEREAS**, nothing in this Stipulation shall preclude Barclays and the Individual Traders from raising any and all other defenses in answering, moving to dismiss, or otherwise responding to the Petition;

6    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, as follows:

9    1.   Barclays and the Individual Traders will be deemed to have accepted service of the Petition through their attorneys as of October 15, 2013 and waive any and all defenses they may have as to the method, manner, or effectiveness of service of process.

12   2.   Barclays and the Individual Traders do not waive but specifically reserve any and all other defenses available to them including, but not limited to, any and all defenses related to jurisdiction and venue.

15   3.   Barclays' and the Individual Traders' deadline to move, answer, or otherwise respond to the Petition will be extended until and including December 16, 2013.

17   4.   FERC will have sixty (60) days from the date the last filed response to the Petition is served by Barclays or the Individual Traders to respond to or oppose any motion that is filed.

19   5.   The deadline for any reply to a FERC response will be extended to thirty-five (35) days from the date of service of such response.

21   6.   Nothing in this Stipulation shall preclude Barclays and the Individual Traders from raising any and all other defenses in answering, moving to dismiss, or otherwise responding to the Petition.

25   **IT IS SO STIPULATED.**

DATED: October 24, 2013

        FEDERAL ENERGY REGULATORY COMMISSION

        By: _____/s/_____
                WESLEY J. HEATH

        Attorneys for FEDERAL ENERGY REGULATORY COMMISSION

DATED: October 24, 2013

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

        By: _____/s/_____
                Thomas J. Nolan

        Attorneys for BARCLAYS BANK PLC

DATED: October 24, 2013

        CADWALADER, WICKERSHAM & TAFT LLP

        By: _____/s/_____
                Gregory A. Markel

        Attorneys for BARCLAYS BANK PLC

DATED: October 24, 2013

        McGUIREWOODS, LLP

        By: _____/s/_____
                Todd Mullins

        Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED: October 24, 2013

        BINGHAM McCUTCHEN LLP

        By: _____/s/_____
                Michael L. Spafford

        Attorneys for KAREN LEVINE and RYAN SMITH

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby **ORDERED** that:

1. Barclays and the Individual Traders will be deemed to have accepted service of the Petition For An Order Affirming The Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, And Ryan Smith (the "Petition") through their attorneys as of October 15, 2013 and waive any and all defenses they may have as to the method, manner, or effectiveness of service of process.

2. Barclays and the Individual Traders do not waive but specifically reserve any and all other defenses available to them including, but not limited to, any and all defenses related to jurisdiction and venue.

3. Barclays' and the Individual Traders' deadline to move, answer, or otherwise respond to the Petition will be extended until and including December 16, 2013.

4. FERC will have sixty (60) days from the date the last filed response to the Petition is served by Barclays or the Individual Traders to respond to or oppose any motion that is filed.

5. The deadline for any reply to a FERC response will be extended to thirty-five (35) days from the date of service of such response.

6. Nothing in this Stipulation shall preclude Barclays and the Individual Traders from raising any and all other defenses in answering, moving to dismiss, or otherwise responding to the Petition.

**IT IS SO ORDERED**.

DATED: October 29, 2013

_____
Troy L. Nunley
United States District Judge