THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

Attorneys for Defendant BARCLAYS BANK PLC

*Please see continuation page for a complete list of counsel for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>                    Petitioner,<br><br>     v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>                    Respondents. | CASE NO.: 2:13-cv-02093-TLN-DAD<br><br>**ORDER GRANTING REQUEST TO MODIFY BRIEFING PAGE LIMITS**<br><br>[FILED CONCURRENTLY WITH (1) DEFENDANTS' REQUEST TO MODIFY BRIEFING PAGE LIMITS IN RESPONSE TO PETITION; (2) DECLARATION OF JOHN N. ESTES III IN SUPPORT THEREOF]<br><br>Presiding:   Hon. Troy L. Nunley<br>Courtroom:   2<br>Trial Date:   None Set |

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

JAY B. KASNER (Admitted *Pro Hac Vice*)
Jay.Kasner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:      (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:      (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
JASON M. HALPER (Admitted *Pro Hac Vice*)
Jason.Halper@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:      (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:      (202) 862-2400

Attorneys for Defendant BARCLAYS BANK PLC

SUSAN L. GERMAISE (SBN 176595)
sgermaise@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:     (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:     (212) 715-6279

Attorneys for Defendants DANIEL BRIN
and SCOTT CONNELLY

KRYSTAL N. BOWEN (SBN 163972)
Krystal.Bowen@bingham.com
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone:     (415) 393-2760
Facsimile:     (415) 393-2286

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
Michael.Spafford@bingham.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
Bub.Windle@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C. 20006
Telephone:     (202) 373-6000
Facsimile:     (202) 373-6001

Attorneys for Defendants KAREN LEVINE
and RYAN SMITH

**ORDER**

The Court, having considered Defendants' Request to Modify Briefing Page Limits in Response to Petition (the "Request") and the Declaration of John N. Estes III in support thereof, and for good cause shown, hereby **GRANTS** Defendants' Request, and it is hereby **ORDERED** that:

1. Barclays Bank PLC ("Barclays") and the individual traders named herein, Daniel Brin, Scott Connelly, Karen Levine and Ryan Smith (collectively, the "Individual Traders") are entitled to file a total of fifty-five (55) briefing pages when filing their anticipated motions in response to the "Petition for an Order Affirming the Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith," allocated forty-five (45) pages to Barclays and ten (10) pages to the Individual Traders.

2. FERC is entitled to fifty-five (55) briefing pages in opposition, allocated comparably.

3. Barclays and the Individual Traders, in responding to FERC's oppositions, are entitled to twenty-five (25) briefing pages, allocated twenty (20) pages to Barclays and five (5) pages to the Individual Traders.

**IT IS SO ORDERED**.

Dated: November 26, 2013

_____
Troy L. Nunley
United States District Judge

Respectfully submitted,

DATED: November 25, 2013

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

                By:  /s/ Thomas J. Nolan
                         Thomas J. Nolan

                Attorneys for BARCLAYS BANK PLC

DATED: November 25, 2013

                CADWALADER, WICKERSHAM & TAFT LLP

                By: /s/ Gregory A. Markel (as authorized on 11/25/2013)
                    Gregory A. Markel (admitted *pro hac vice*)

                Attorneys for BARCLAYS BANK PLC

DATED: November 25, 2013

                McGUIREWOODS, LLP

                By: /s/ Todd Mullins (as authorized on 11/25/2013)
                    Todd Mullins (admitted *pro hac vice*)

                Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED: November 25, 2013

                BINGHAM McCUTCHEN LLP

                By: /s/ Michael L. Spafford (as authorized on 11/25/2013)
                    Michael L. Spafford (admitted *pro hac vice*)

                Attorneys for KAREN LEVINE and RYAN SMITH