1  PAUL HASTINGS LLP
   Michael L. Spafford (pro hac vice)
2  michaelspafford@paulhastings.com
   875 15th Street, N.W.
3  Washington, DC  20005
   Telephone: 202.551.1988
4  Facsimile:  202.551.0488

5  Attorney for Respondents
   KAREN LEVINE and RYAN SMITH
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | FEDERAL ENERGY REGULATORY COMMISSION, | No. 2:13-cv-02093-TLN-DAD |
   |---|---|
12 |  | **NOTICE OF CHANGE OF LAW FIRM** |
13 | Petitioner, | Presiding:  Hon. Troy L. Nunley |
   | v. | Courtroom: 2 |
14 |  | Trial Date: None Set |
15 | BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, |  |
16 |  |  |
17 | Respondents. |  |

18

19 **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR**

20 **ATTORNEYS OF RECORD:**

21     **PLEASE TAKE NOTICE** that the undersigned, formerly of BINGHAM McCUTCHEN

22 LLP and now of PAUL HASTINGS LLP, appears as counsel to KAREN LEVINE and RYAN

23 SMITH, files this notice of change of law firm and address, and requests that all notices and

24 / / /

25 / / /

26 / / /

27  / / /

28 / / /

NOTICE OF CHANGE OF FIRM

pleadings hereafter given or filed in this case be given and served upon:

PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005

MICHAEL L. SPAFFORD
michaelspafford@paulhastings.com
Telephone: 202.551.1988
Facsimile: 202.551.0488

VICTORIA TAYLOR EARLS
victoriaearls@paulhastings.com
Telephone: 202.551.1932
Facsimile: 202.551.0432

J. BUB WINDLE
bubwindle@paulhastings.com
Telephone: 202.551.1922
Facsimile: 202.551.0422

DATED: June 18, 2014

Paul Hastings LLP

By: _____/ s /_____
Michael L. Spafford
michaelspafford@paulhastings.com
Attorney for Respondents
KAREN LEVINE and RYAN SMITH