PAUL HASTINGS LLP
Mark E. McKeen (SBN 130950)
markmckeen@paulhastings.com
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone: 415.856.7075
Facsimile: 415.856.7175

Attorney for Respondents
KAREN LEVINE and RYAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>　　　　　　Respondents. | No. 2:13-cv-02093-TLN-DAD<br><br>**NOTICE OF APPEARANCE**<br><br>Presiding:　Hon. Troy L. Nunley<br>Courtroom:　2<br>Trial Date:　None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that the undersigned appears as counsel to KAREN LEVINE and RYAN SMITH, files this notice of appearance, and requests that all notices and pleadings

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE

hereafter given or filed in this case additionally be given and served upon:

PAUL HASTINGS LLP<br>
MARK E. MCKEEN<br>
markmckeen@paulhastings.com<br>
55 Second Street, Twenty-Fourth Floor<br>
San Francisco, California  94105<br>
Telephone:  415.856.7075<br>
Facsimile:   415.856.7175

Mark E. McKeen is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Eastern District of California.

Attorneys MICHAEL L. SPAFFORD, VICTORIA TAYLOR EARLS and J. BUB WINDLE, formerly of BINGHAM McCUTCHEN LLP and now of PAUL HASTINGS LLP, will continue to appear *pro hac vice* as counsel to KAREN LEVINE and RYAN SMITH.

DATED:  June 18, 2014

                      Paul Hastings LLP

                      By: _____/ s /_____
                              Mark E. McKeen
                        markmckeen@paulhastings.com
                          Attorney for Respondents
                      KAREN LEVINE and RYAN SMITH