BINGHAM MCCUTCHEN LLP
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2390
Facsimile:   415.393.2286

Attorney for Respondents
KAREN LEVINE and RYAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>                Petitioner,<br><br>        v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>                Respondents. | No. 2:13-cv-02093-TLN-DAD<br><br>**NOTICE OF WITHDRAWAL**<br><br>Presiding:   Hon. Troy L. Nunley<br>Courtroom:  2<br>Trial Date:  None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel to KAREN LEVINE and RYAN SMITH.

DATED: June 19, 2014

Bingham McCutchen LLP

By: /s/
Geoffrey T. Holtz
geoffreyholtz@bingham.com
Attorney for Respondents
KAREN LEVINE and RYAN SMITH