

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,  
ECF REGISTRATION AND CONSENT  
TO ELECTRONIC SERVICE,  
PROPOSED ORDER

FEDERAL ENERGY REGULATORY COMMISSION,

             Plaintiff(s),

v.

             Case No. 2:13-cv-02093-TLN-DAD

BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,

             Defendant(s)

I, Jodi Avergun, attorney for Barclays Bank PLC, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Cadwalader, Wickersham & Taft |
| Address: | 700 Sixth Street, N.W. |
| City: | Washington |
| State: | DC     ZIP Code: 20001 |
| Voice Phone: | (202) 862-2200 |
| FAX Phone: | (202) 862-2400 |
| Internet E-mail: | jodi.avergun@cwt.com |
| Additional E-mail: | |
| I reside in City: | Potomac     State: Maryland |

I was admitted to practice in the ___District of Columbia___

on ___May 11, 2007___. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Thomas J. Nolan |
| Firm Name: | Skadden, Arps, Slate Meagher & Flom LLP |
| Address: | 300 South Grand Avenue |
| | Suite 3400 |
| City: | Los Angeles |
| State: | California     ZIP Code: 90071 |
| Voice Phone: | (213) 687-5250 |
| FAX Phone: | (213) 621-5250 |
| E-mail: | thomas.nolan@skadden.com |

Dated: ___January 20, 2015___     Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JODI AVERGUN

was on   MAY 11, 2007   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on JANUARY 9, 2015.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk