**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

FEDERAL ENERGY REGULATORY
COMMISSION,

                    Plaintiff(s),

v.

                                    Case No. 2:13-cv-02093-TLN-DAD

BARCLAYS BANK PLC; DANIEL BRIN;
SCOTT CONNELLY; KAREN LEVINE; and
RYAN SMITH,

                    Defendant(s)

.

        I,  <u>Jodi Avergun</u>,

attorney for <u>Barclays Bank PLC</u>,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

        My business address is:

Firm Name:      <u>Cadwalader, Wickersham & Taft</u>

Address:      <u>700 Sixth Street, N.W.</u>

City:      <u>Washington</u>

State:      <u>DC</u>     ZIP Code: <u>20001</u>

Voice Phone:      <u>(202) 862-2200</u>

FAX Phone:      <u>(202) 862-2400</u>

Internet E-mail:      <u>jodi.avergun@cwt.com</u>

Additional E-mail:      

I reside in City:      <u>Potomac</u>     State:  <u>Maryland</u>

I was admitted to practice in the ____District of Columbia_____

on ____May 11, 2007_____.  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I  have not concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name: ____Thomas J. Nolan_____ _____ _____

Firm Name: __Skadden, Arps, Slate Meagher & Flom LLP_____ _____ __

Address: ____300 South Grand Avenue _____ __ _____

____Suite 3400 __ _____ ___

City: ____Los Angeles _____

State: ____California_____ ZIP Code: _90071 _____

Voice Phone: _(213) 687-5250_____

FAX Phone: __(213) 621-5250__ _____

E-mail: _____thomas.nolan@skadden.com ___ _ _____

Dated: _January 20, 2015_   Petitioner: _____ _/s/ Jodi Avergun_____

**ORDER**

IT IS SO ORDERED.

Dated:  January 26, 2015

_____
Troy L. Nunley
United States District Judge