FEDERAL ENERGY REGULATORY COMMISSION
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:    (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

*Please see continuation page for a complete list of the parties and their respective counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) | CASE NO.: 2:13-cv-02093-TLN-DAD |
|---|---|---|
| Petitioner, | ) ) | **JOINT STIPULATED REQUEST TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER** |
| v. | ) ) ) |  |
| BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, | ) ) ) ) | Current Hearing Date:   February 12, 2015<br>Proposed Hearing Date: February 26, 2015<br>Presiding:          Hon. Troy L. Nunley<br>Courtroom:         2, 15th Floor |
| Respondents. | ) | Trial Date:        None Set |

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE

**CONTINUATION SHEET:  COUNSEL FOR DEFENDANTS**

THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

JAY B. KASNER (Admitted *Pro Hac Vice*)
Jay.Kasner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:   (212) 735-3000
Facsimile:     (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 407-0700
Facsimile:     (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202) 371-7000
Facsimile:     (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:   (212) 504-6000
Facsimile:     (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:   (202) 862-2410
Facsimile:     (202) 862-2400

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE

**CONTINUATION SHEET:  COUNSEL FOR DEFENDANTS**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Defendant BARCLAYS BANK PLC

SUSAN L. GERMAISE (SBN 176595)
sgermaise@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200
Facsimile:   (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:   (202) 857-1752
Facsimile:   (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:   (212) 548-2166
Facsimile:   (212) 715-6279

Attorneys for Defendants DANIEL BRIN
and SCOTT CONNELLY

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE

**CONTINUATION SHEET:  COUNSEL FOR DEFENDANTS**

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
BubWindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 551-1705

Attorneys for Defendants KAREN LEVINE
and RYAN SMITH

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE

The Federal Energy Regulatory Commission ("FERC"), on the one hand, and Barclays Bank PLC ("Barclays"), Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith (collectively, the Individual Traders), on the other hand, (together the "Parties") by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, FERC filed a "Petition For An Order Affirming The Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, And Ryan Smith" (the "Petition") in this action on October 9, 2013;

**WHEREAS**, Barclays and the Individual Traders filed Motions (A) to Dismiss for Improper Venue, or in the Alternative, to Transfer to the Southern District of New York; and (B) to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (the "Motion to Dismiss") in this action on December 16, 2013;

**WHEREAS**, FERC filed an Opposition to the Motion to Dismiss on February 14, 2014 and Barclays and the Individual Traders filed a Reply in support of their Motion to Dismiss on March 21, 2014;

**WHEREAS**, on January 21, 2015, the Court issued a Request for Oral Argument on the Motion to Dismiss setting the hearing date for February 12, 2015 at 2:00 PM but invited the Parties to confer and propose a different date to the Court if that date is not available for the Parties;

**WHEREAS**, some but not all of the Individual Traders' counsel are available to attend the hearing in this matter scheduled for February 12, 2015;

**WHEREAS**, counsel for Barclays has consulted with the Court and understands that the Court is alternatively available to hear this matter on February 26, 2015 at 2:30 PM;

**WHEREAS**, the parties' have conferred and determined that counsel for all Parties are available on February 26, 2015;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, that the hearing in this matter set for February 12, 2015 at 2:00 PM be continued until February 26, 2015 at 2:30 PM.

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE

**IT IS SO STIPULATED.**

DATED:  January 28, 2015

By: */s/ Wesley J. Heath (as authorized on 1/29/2015)*
Wesley J. Heath
Attorneys for FEDERAL ENERGY REGULATORY COMMISSION

DATED:  January 28, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Thomas J. Nolan*
Thomas J. Nolan
Attorneys for BARCLAYS BANK PLC

DATED:  January 28, 2015

CADWALADER, WICKERSHAM & TAFT LLP

By:  */s/ Gregory A. Markel (as authorized on 1/28/2015)*
Gregory A. Markel
Attorneys for BARCLAYS BANK PLC

DATED:  January 28, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  */s/ Seth P. Waxman (as authorized on 1/28/2015)*
Seth P. Waxman
Attorneys for BARCLAYS BANK PLC

DATED:  January 28, 2015

McGUIREWOODS LLP

By:  */s/ Todd Mullins (as authorized on 1/28/2015)*
Todd Mullins
Attorneys for DANIEL BRIN and SCOTT CONNELLY

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE

2

1  DATED:  January 28, 2015

2                                         PAUL HASTINGS LLP

3                                         By:  /s/ Michael L. Spafford (as authorized on 1/28/2015)
                                                    Michael L. Spafford
4                                         Attorneys for KAREN LEVINE and RYAN SMITH

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby **ORDERED** that the hearing in this matter set for February 12, 2015 at 2:00 PM is continued until February 26, 2015 at 2:30 PM.

**IT IS SO ORDERED**.

DATED: January __, 2015

By: _____
    Hon. Troy L. Nunley
    United States District Court Judge

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO DISMISS
HEARING DATE