CADWALADER, WICKERSHAM & TAFT LLP
GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
One World Financial Center
New York, NY 10281
Telephone: 212-504-6000
Facsimile: 212-504-6666

Attorney for Respondent
BARCLAYS BANK PLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Petitioner,<br><br>vs.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Respondents. | CASE NO.: 2:13-cv-02093-TLN-DAD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Presiding:   Hon. Troy L. Nunley<br>Courtroom: 2 |

NOTICE IS HEREBY GIVEN that Jason Halper has left his employment with Cadwalader, Wickersham & Taft, LLP, counsel for defendants Barclays Bank PLC ("Barclays"), and is now a member of Orrick, Herrington & Sutcliffe LLP. He will no longer have any involvement with this action. Please remove his name from the docket sheet. All other counsel of record to Barclays in this matter remain.

Dated:   February 13, 2015              CADWALADER, WICKERSHAM & TAFT LLP

By:   */s/ Gregory A. Markel*
Gregory A. Markel
greg.markel@cwt.com
Attorney for Respondents
BARCLAYS BANK PLC

Notice of Withdrawal of Attorney                    -1-