1  THOMAS J. NOLAN (SBN 66992)
   Thomas.Nolan@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Suite 3400
   Los Angeles, California 90071-3144
4  Telephone:   (213) 687-5000
   Facsimile:   (213) 687-5600
5
   *Please see continuation page for a complete
6  list of the parties and their respective counsel.*

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 FEDERAL ENERGY REGULATORY            ) CASE NO.:  2:13-cv-02093-TLN-DAD
   COMMISSION,                          )
12                                      ) **JOINT STIPULATION REGARDING**
                       Petitioner,      ) **AMENDED JOINT RULE 26(f) REPORT**
13                                      ) **AND EXTENDING TIME TO SERVE**
              v.                        ) **ANSWER**
14                                      )
   BARCLAYS BANK PLC; DANIEL BRIN;      ) Courtroom:   2
15 SCOTT CONNELLY; KAREN LEVINE; and    ) Presiding:   Hon. Troy L. Nunley
   RYAN SMITH,                          )
16                                      )
                       Respondents.     )
17

18

19

20

21

22

23

24

25

26

27

28

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

JAY B. KASNER (Admitted *Pro Hac Vice*)
Jay.Kasner@skadden.com
STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:     (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:     (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:     (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:     (202) 862-2400

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:    (617) 526-6000
Facsimile:    (617) 526-5000

Attorneys for Defendant BARCLAYS BANK PLC

SUSAN L. GERMAISE (SBN 176595)
sgermaise@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:    (202) 857-1752
Facsimile:    (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:    (212) 548-2166
Facsimile:    (212) 715-6279

Attorneys for Defendants DANIEL BRIN
and SCOTT CONNELLY

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

MARK E. MCKEEN (SBN 130950)
markmckeen@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:   (415) 856-7000
Facsimile:   (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L. TAYLOR (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 551-1705

Attorneys for Defendants KAREN LEVINE
and RYAN SMITH

DAVID A. APPLEBAUM
David.Applebaum@ferc.gov
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, D.C. 20426
Telephone:   (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

**JOINT STIPULATION**

The Federal Energy Regulatory Commission ("FERC"), on the one hand, and Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith (collectively, "Defendants" and, with FERC, the "Parties"), on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1.  On May 20, 2015, this Court issued an order dated May 19, 2015, denying Defendants' Motion to Dismiss or, in the Alternative, to Transfer.

2.  On May 26, 2015, counsel for the Parties met and conferred to discuss an agreement to extend the time for Defendants to serve an answer to FERC's Petition for an Order Affirming the Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith (the "Petition"). The Parties also discussed the need to update the Joint Report In Compliance With FRCP 26(f) And Court's Order Requiring Joint Status Report filed with this Court on December 16, 2013 (the "Joint Rule 26(f) Report"). The Parties agreed to continue to meet and confer for the next thirty days to discuss the Parties' positions on discovery and a schedule for the Parties to submit any amendment or supplement to the Joint Rule 26(f) Report, which shall address the Parties' positions on the scope of the proceedings pursuant to Section 31(d)(3)(B) of the Federal Power Act. Defendants maintain that additional briefing on the scope of the proceedings is necessary in light of additional issues arising from the Court's May 19, 2015 order, and the Parties' ongoing meet and confer efforts regarding discovery. Although FERC does not think additional briefing on this issue is necessary, it does not oppose Defendants' request for such briefing, and the Parties will include a proposed briefing schedule in the Joint Rule 26(f) Report should the Court order further briefing.

3.  The Parties have agreed upon the following schedule:

    a.  Defendants' time to serve an answer to the Petition shall be extended until and including June 17, 2015;

    b.  The Parties shall file any amendment or supplement to the Joint Rule 26(f) Report, which shall address the Parties' positions on the scope of the

1

proceedings pursuant to Section 31(d)(3)(B) of the Federal Power Act and include a proposed briefing schedule on this issue, within thirty days of notice of the Court's entry of the proposed order attached as Exhibit A.

4. Accordingly, the Parties respectfully request that the Court enter the proposed order attached as Exhibit A, which (1) extends the time for Defendants to serve an answer to the Petition; and (2) establishes a schedule for the Parties to submit any amendment or supplement to the previously filed Joint Rule 26(f) Report, which shall address the Parties' positions on the scope of the proceedings pursuant to Section 31(d)(3)(B) of the Federal Power Act and include a proposed briefing schedule on this issue.

DATED:  June 1, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: */s/  Thomas J. Nolan*
             Thomas J. Nolan
        Attorneys for BARCLAYS BANK PLC

DATED:  June 1, 2015

        CADWALADER, WICKERSHAM & TAFT LLP

        By: */s/ Gregory A. Markel (as authorized on 6/1/15)*
             Gregory A. Markel
        Attorneys for BARCLAYS BANK PLC

DATED:  June 1, 2015

        WILMER CUTLER PICKERING HALE AND DORR LLP

        By: */s/ Seth Waxman (as authorized on 6/1/15)*
             Seth P. Waxman
        Attorneys for BARCLAYS BANK PLC

DATED:  June 1, 2015

McGUIREWOODS LLP

By: /s/ Todd Mullins (as authorized on 6/1/15)
    Todd Mullins
    Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED:  June 1, 2015

PAUL HASTINGS LLP

By: /s/ Michael L. Spafford (as authorized on 6/1/15)
    Michael L. Spafford
    Attorneys for KAREN LEVINE and RYAN SMITH

DATED:  June 1, 2015

FEDERAL ENERGY REGULATORY COMMISSION

By: /s/ Emily C. Scruggs (as authorized on 6/1/15)
    Emily C. Scruggs
    Attorneys for FEDERAL ENERGY REGULATORY COMMISSION

## ORDER

Pursuant to the foregoing joint stipulation, and good cause appearing therefor, **IT IS ORDERED AS FOLLOWS:**

1. The time for Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith ("Defendants") to answer the Federal Energy Regulatory Commission's ("FERC") Petition for an Order Affirming the Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith is hereby extended until and including June 17, 2015.

2. Defendants and FERC shall file any amendment or supplement to the Joint Report In Compliance With FRCP 26(f) And Court's Order Requiring Joint Status Report, which shall address the Parties' positions on the scope of the proceedings pursuant to Section 31(d)(3)(B) of the Federal Power Act and include a proposed briefing schedule on this issue, within thirty days of notice of the entry of this Order.

**IT IS SO ORDERED.**

Dated: June 2, 2015

Troy L. Nunley
United States District Judge