UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC, DANIEL BRIN, SCOTT CONNELLY, KAREN LEVINE, and RYAN SMITH,<br><br>Defendants. | No.  2:13-cv-2093-TLN-DAD<br><br>**REQUEST FOR SUPPLEMENTARY BRIEFING** |

The Court has reviewed and considered the parties' Joint Status Report (ECF No. 97). The Court requests supplementary briefing on the issue of separating the Court's determination of disgorgement from a determination of Defendants' liability and the amount in penalties, as discussed in the Joint Status Report, pages 18–19 and 27.  FERC states expert testimony and discovery may be helpful for a determination of disgorgement, but is not necessary for a determination of liability and penalties.  Defendants argue bifurcation will be prejudicial and inefficient.  The Court requests further briefing from the parties in support of these positions.

The Court reserves issuing a scheduling order at this juncture.  The parties' briefing should assume a scenario in which the Court, for the purposes of reviewing civil penalties, conducts a review of the record identified by FERC at page 16 of the Joint Status Report.  The

parties' briefing should also assume briefing is completed in a manner similar to the schedule proposed by FERC at page 17 of the Joint Status Report. The parties need not address the scope of de novo review under section 31(d)(3) of the Federal Power Act.

      The parties (FERC and collectively Defendants) should limit their briefing to no more than 10 pages per side, to be filed within 30 days of entry of this Order.

Dated: August 3, 2015

                                                Troy L. Nunley
                                                United States District Judge