**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION ANDCONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Federal Energy                    Plaintiff(s)
Regulatory Commission                                  Case No. 2:13-cv-02093-TLN-DAD

    v.

Barclays Bank PLC
 et al.

                    Defendant(s).

     I, __Donna M. Byrne_____,

attorney for __Barclays Bank PLC_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

     My business address is:

Firm Name:        Skadden, Arps, Slate, Meagher & Flom LLP_____

Address:           1440 New York Avenue, N.W._____

                           _____

City:              Washington_____

State:            DC_____   ZIP Code:__20005_____

Voice Phone:     (202) 371-7105_____

FAX Phone:       (202) 661-9105_____

Internet E-mail:   donna.byrne@skadden.com_____

Additional E-mail:  _____

I reside in City:   Bethesda_____ State:__Maryland__

I was admitted to practice in the _____ Court of Appeals _____ (court)

on __February 1, 1999_____(date). I am presently in good standing and

eligible to practice in said court. A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name: __Thomas J. Nolan_____

Firm Name: __Skadden, Arps, Slate, Meagher & Flom LLP___

Address: __300 South Grand Avenue_____

_____

City: __Los Angeles_____

State: __CA_____ ZIP Code: __90071-3144_____

Voice Phone: ( _213_ ) _687-5000_____

FAX Phone: ( _213_ ) _687-5600_____

E-mail: __thomas.nolan@skadden.com_____

Dated: __August 18, 2015_____ Petitioner: _Donna M Byrne_____

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT



**District of Columbia Court of Appeals**
**Committee on Admissions**
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## DONNA MARIE BYRNE

was on **FEBRUARY 1, 1999** duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C,
on **August 17, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk