

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION ANDCONSENT**
**TO ELECTRONIC SERVICE, ORDER**

Federal Energy                  Plaintiff(s)
Regulatory Commission                        Case No. 2:13-cv-02093-TLN-DAD

        v.

Barclays Bank PLC
 et al.

                        Defendant(s).


        I,   Donna M. Byrne                                                     ,

attorney for   Barclays Bank PLC                                              ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule
180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed
below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.
In support of this petition, I state under penalty of perjury that:

        My business address is:

Firm Name:        Skadden, Arps, Slate, Meagher & Flom LLP

Address:          1440 New York Avenue, N.W.


City:             Washington

State:            DC_____    ZIP Code:   20005

Voice Phone:      (202) 371-7105

FAX Phone:        (202) 661-9105

Internet E-mail:  donna.byrne@skadden.com

Additional E-mail:

I reside in City:   Bethesda                              State:   Maryland

I was admitted to practice in the _____District of Columbia_____ (court)

Court of Appeals

on ____February 1, 1999_____ (date).   I am presently in good standing and

eligible to practice in said court. A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in any

other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a

pro hac vice application to this court. (If you have made a pro hac vice application to this court

within the last year, list the name and case number of each matter in which an application was

made, the date of application and whether granted or denied.)

_____

_____

_____


I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:       Thomas J. Nolan_____

Firm Name:   Skadden, Arps. Slate, Meagher & Flom LLP_____

Address:     300 South Grand Avenue_____

           _____

City:        Los Angeles_____

State:        CA_____ ZIP Code:___90071-3144_____

Voice Phone: (213) 687-5000_____

FAX Phone:  (213) 687-5600_____

E-mail:       thomas.nolan@skadden.com_____


Dated:   ____August 18, 2015____     Petitioner:     */S/ Donna M. Byrne*_____

**ORDER**

IT IS SO ORDERED.

Date:  August 19, 2015

_____
Troy L. Nunley
United States District Judge