THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:      (213) 687-5600

Attorneys for BARCLAYS BANK PLC

*Please see continuation page for a complete
list of the parties and their counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>　　　　Defendants. | CASE NO.:  2:13-cv-02093-TLN-DAD<br><br>**(1) DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES ON THE FEDERAL POWER ACT'S JUDICIAL PROCEDURES FOR CIVIL PENALTY ASSESSMENT ACTIONS;**<br><br>**(2) MEMORANDUM OF POINTS AND AUTHORITIES ON THE FEDERAL POWER ACT'S JUDICIAL PROCEDURES FOR CIVIL PENALTY ASSESSMENT ACTIONS, attached as Exhibit A; and**<br><br>**(3) [PROPOSED] ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES (lodged under separate cover).**<br><br>Presiding:　Hon. Troy L. Nunley<br>Date:　　　October 8, 2015<br>Time:　　　2:00 p.m.<br>Courtroom:　2, 15th Floor<br>Trial Date:　None Set |

**CONTINUATION SHEET: PARTIES AND THEIR COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:     (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:     (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:     (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:     (202) 862-2400

Attorneys for Defendant BARCLAYS BANK PLC

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:      (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:     (617) 526-6000
Facsimile:      (617) 526-5000

Attorneys for BARCLAYS BANK PLC

SUSAN L. GERMAISE (SBN 176595)
sgermaise@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:      (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:      (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:      (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

MARK E. MCKEEN (SBN 130950)
markmckeen@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:      (415) 856-7000
Facsimile:      (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:      (202) 551-1700
Facsimile:      (202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine and Ryan Smith hereby respectfully move this Court for leave to file a Memorandum of Points and Authorities on the Federal Power Act's Judicial Procedures for Civil Penalty Assessment Actions ("Memorandum"), explaining why the Act requires, and the Court should permit, full discovery and trial of all issues presented in this action—including alleged liability, penalties and disgorgement.  A copy of the Memorandum is attached hereto as Exhibit A.

Defendants seek leave to file the Memorandum because (1) the nature of the judicial proceedings under Federal Power Act ("FPA") section 31(d)(3), 16 U.S.C. § 823b(d)(3), is a question of first impression that implicates defendants' fundamental statutory and constitutional rights (including their rights to due process and a jury trial), (2) resolution of the issue has the potential to profoundly affect the remaining proceedings in the case, and (3) defendants have not had an opportunity to fully address the issue.  The Memorandum primarily sets forth arguments and authorities not previously presented to the Court, which defendants respectfully submit will aid the Court, the parties, and the record.  Accordingly, the Memorandum should be allowed and considered before the Court makes a final determination on this important issue and FERC's extraordinary position, which significantly implicates defendants' procedural and substantive rights.

FERC has not opposed defendants' request to brief the issue of how to apply FPA section 31(d)(3).  *See* Joint Stipulation, ECF No. 90.  Mindful of the Court's statement that the "parties need not address the scope of de novo review under section 31(d)(3)" in the supplemental briefing on FERC's proposal to bifurcate this proceeding, *see* August 4, 2015 Order, ECF No. 98 at 2, we respectfully submit that the Court and the record would benefit from focused briefing on this topic.

DATED:  September 3, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Thomas J. Nolan*_____
           Thomas J. Nolan

Attorneys for BARCLAYS BANK PLC

1  DATED:  September 3, 2015

2                                              CADWALADER, WICKERSHAM & TAFT LLP

3                                              By:  /s/ Gregory A. Markel (as authorized on 9/3/2015)
                                                        Gregory A. Markel

4                                              Attorneys for BARCLAYS BANK PLC

5  DATED:  September 3, 2015

6                                              WILMER CUTLER PICKERING HALE AND DORR LLP

7                                              By:  /s/ Seth Waxman  (as authorized on 9/3/2015)
                                                        Seth P. Waxman

8

9                                              Attorneys for BARCLAYS BANK PLC

10 DATED:  September 3, 2015

11                                             McGUIREWOODS LLP

12                                             By:  /s/ Todd Mullins  (as authorized on 9/3/2015)
                                                        Todd Mullins

13                                             Attorneys for DANIEL BRIN and SCOTT
                                               CONNELLY
14

15 DATED:  September 3, 2015

16                                             PAUL HASTINGS LLP

17                                             By:  /s/ Michael L. Spafford  (as authorized on 9/3/2015)
                                                        Michael L. Spafford

18                                             Attorneys for KAREN LEVINE and RYAN SMITH

19

20

21

22

23

24

25

26

27

28

---

## I.       BACKGROUND

The Federal Energy Regulatory Commission ("FERC") seeks in this federal district court action to impose close to $500 million in sanctions against defendants for alleged violations of the Federal Power Act ("FPA").  Defendants deny FERC's allegations—and they have the statutory and constitutional right to a plenary adjudication of the claims and sanctions FERC is asserting.

The FPA dictates a detailed penalty assessment procedure, authorizing the potential subject of a penalty assessment to elect between an administrative assessment process or a judicial one. Defendants here elected a judicial process.

The parties disagree on the scope and nature of the district court action where, as here, the FPA's judicial procedures apply.  Defendants assert that the plain language of FPA section 31(d)(3), 16 U.S.C. § 823b(d)(3), as well as its structure and purpose, requires a plenary adjudication of FERC's assertions in this action, pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence.  FERC has not disputed that the court has the statutory authority to conduct a plenary adjudication but urges the Court to limit this action to review of FERC's Assessment Order (ECF No. 1-1) and what FERC now calls its administrative record.

The parties filed a Joint Stipulation on June 1, 2015, stating defendants' position that additional briefing on the scope of this action is necessary, and stating that FERC does not oppose Defendants' request for such briefing.  *See* Joint Stipulation, ECF No. 90.

## II.      GOOD CAUSE EXISTS TO GRANT LEAVE TO BRIEF THE NATURE OF THE FEDERAL POWER ACT'S JUDICIAL PROCEDURES FOR CIVIL PENALTY ASSESSMENT ACTIONS

The scope and nature of this action is a threshold matter of first impression.[1]  The resolution of this issue implicates defendants' fundamental statutory and constitutional rights (including their rights to due process and a jury trial).

---

[1]      The identical issue is pending before a Massachusetts federal district court in two other FPA civil penalty assessment actions FERC filed in December 2013.  *See FERC v. Lincoln Paper & Tissue, LLC*, No. 1:13-cv-13056-DPW (D. Mass. filed Dec. 2, 2013), and *FERC v. Silkman*, No. 1:13-cv-13054-DPW (D. Mass. filed Dec. 2, 2013).  That court had briefing and oral argument on the issue, but has not yet ruled.

1    Defendants sought, in the Amended Joint Report (ECF No. 97), to apprise the Court of the

2    general parameters of the issue.  However, defendants did not attempt to brief the issue there.

3    *See generally* Tr., Jan. 16, 2014, ECF No. 63 at 13:2-13:7, 13:22 (Court asking whether issue of

4    "de novo review of the administrative record versus de novo trial on the merits" is "close enough to

5    warrant any type of interlocutory review?  If so, would interlocutory review be assisted if there was

6    a better record instead of just a joint status statement?" and counsel for the defendants stating "Yes,

7    most definitely.").

8    The Court's August 4, 2015 Order (ECF No. 98) requesting supplementary briefing on

9    FERC's proposal to bifurcate the case states that the "parties need not address the scope of de novo

10   review under section 31(d)(3)," *id.* at 2, but does not foreclose the issue.

11   **II.    CONCLUSION**

12   For the foregoing reasons, defendants respectfully request leave to file the Memorandum of

13   points and authorities, attached hereto as Exhibit A, before the Court determines this issue.

14   DATED:  September 3, 2015

15                                                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

16                                                     By:  _____/s/ Thomas J. Nolan_____
                                                              Thomas J. Nolan

17                                                     Attorneys for BARCLAYS BANK PLC

18

19   DATED:  September 3, 2015

                                                      CADWALADER, WICKERSHAM & TAFT LLP

20                                                     By:  /s/ Gregory A. Markel (as authorized on 9/3/2015)____
                                                              Gregory A. Markel

21

22                                                     Attorneys for BARCLAYS BANK PLC

23   DATED:  September 3, 2015

24                                                     WILMER CUTLER PICKERING HALE AND DORR LLP

25                                                     By:  /s/ Seth Waxman  (as authorized on 9/3/2015)___
                                                              Seth P. Waxman

26                                                     Attorneys for BARCLAYS BANK PLC

27

28

1  DATED:  September 3, 2015

2                                           McGUIREWOODS LLP

3                                           By:  */s/ Todd Mullins  (as authorized on 9/3/2015)*
                                                  Todd Mullins

4                                           Attorneys for DANIEL BRIN and SCOTT
5                                           CONNELLY

6  DATED:  September 3, 2015

7                                           PAUL HASTINGS LLP

8                                           By:  */s/ Michael L. Spafford  (as authorized on 9/3/2015)*
                                                  Michael L. Spafford

9                                           Attorneys for KAREN LEVINE and RYAN SMITH

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28