1 | THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
3 | Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
4 | Facsimile:    (213) 687-5600

5 | Attorneys for BARCLAYS BANK PLC

6 | *Please see continuation page for a complete list of the parties and their respective counsel.*
7 |

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | FEDERAL ENERGY REGULATORY     )   CASE NO.:  2:13-cv-02093-TLN-DAD
COMMISSION,                                     )
12 |                                                              )   **[PROPOSED] ORDER GRANTING**
                             Plaintiff,              )   **MOTION FOR LEAVE TO FILE**
13 |                                                              )   **MEMORANDUM OF POINTS AND**
        v.                                                 )   **AUTHORITIES ON THE FEDERAL**
14 |                                                              )   **POWER ACT'S JUDICIAL**
BARCLAYS BANK PLC; DANIEL BRIN; )   **PROCEDURES FOR CIVIL PENALTY**
15 | SCOTT CONNELLY; KAREN LEVINE; and )   **ASSESSMENT ACTIONS**
RYAN SMITH,                             )
16 |                                                              )   Presiding:   Hon. Troy L. Nunley
                             Defendants.         )   Date:         October 8, 2015
17 |                                                              )   Time:         2:00 p.m.
                                                                 )   Courtroom: 2, 15th Floor
18 |                                                              )   Trial Date:   None Set

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

[PROP.] ORDER GRANTING MOT. FOR LEAVE
TO FILE MEMO. OF POINTS & AUTH. ON THE FED. POWER ACT'S
JUDICIAL PROCEDURES FOR CIVIL PENALTY ASSESSMENT ACTIONS

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:      (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:      (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:      (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:      (202) 862-2400

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Attorneys for BARCLAYS BANK PLC


SUSAN L. GERMAISE (SBN 176595)
sgermaise@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:     (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:     (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

[PROP.] ORDER GRANT. MOT. FOR LEAVE
TO FILE MEMO. OF POINTS & AUTH. ON THE FED. POWER ACT'S
JUDICIAL PROCEDURES FOR CIVIL PENALTY ASSESSMENT ACTIONS

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

MARK E. MCKEEN (SBN 130950)
markmckeen@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:     (415) 856-7000
Facsimile:      (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:     (202) 551-1700
Facsimile:      (202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

**[PROPOSED] ORDER**

The Court, having considered Defendants' Motion For Leave To File A Memorandum Of Points And Authorities On the Federal Power Act's Judicial Procedures For Civil Penalty Assessment Actions (the "Motion"), and for good cause shown, hereby **GRANTS** Defendants' Motion, and it is hereby **ORDERED** that:

Barclays Bank PLC and the individual traders named herein, Daniel Brin, Scott Connelly, Karen Levine and Ryan Smith are entitled to file the Memorandum Of Points And Authorities On the Federal Power Act's Judicial Procedures For Civil Penalty Assessment Actions attached as Exhibit A to the Motion.

**IT IS SO ORDERED**.

_____
The Honorable Troy L. Nunley
United States Court Judge

Dated: _____, 2015

Respectfully submitted,

DATED: September 3, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: _*/s/ Thomas J. Nolan*_
             Thomas J. Nolan
        Attorneys for BARCLAYS BANK PLC

DATED: September 3, 2015

        CADWALADER, WICKERSHAM & TAFT LLP

        By: _/s/ Gregory A. Markel (as authorized on 9/3/2015)_
             Gregory A. Markel
        Attorneys for BARCLAYS BANK PLC

DATED: September 3, 2015

        WILMER CUTLER PICKERING HALE AND DORR LLP

        By: _/s/ Seth Waxman (as authorized on 9/3/2015)_
             Seth P. Waxman
        Attorneys for BARCLAYS BANK PLC

DATED: September 3, 2015

        McGUIREWOODS LLP

        By: _/s/ Todd Mullins (as authorized on 9/3/2015)_
             Todd Mullins
        Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED: September 3, 2015

        PAUL HASTINGS LLP

        By: _/s/ Michael L. Spafford (as authorized on 9/3/2015)_
             Michael L. Spafford
        Attorneys for KAREN LEVINE and RYAN SMITH

[PROP.] ORDER GRANT. MOT. FOR LEAVE
TO FILE MEMO. OF POINTS & AUTH. ON THE FED. POWER ACT'S
JUDICIAL PROCEDURES FOR CIVIL PENALTY ASSESSMENT ACTIONS

2