Attorney's Name/Bar # Leslie M. Werlin SBN 067994
Firm Name MCGUIREWOODS LLP
Address 1800 Century Park East, 8th Floor
City, State, Zip Los Angeles, CA 90067
email address lwerlin@mcguirewoods.com
Phone 310-315-8200
Fax 310-315-8210
Attorney for Defendants Daniel Brin and Scott Connelly
☒ Retained
☐ Appointed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION<br>　　　　　Plaintiff,<br>　　v.<br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH<br>　　　　　Defendant. | Case No. 2:13cv02093-TLN<br><br>**DESIGNATION OF COUNSEL** |

Defendants Daniel Brin and Scott Connelly hereby designate the following attorney from McGuireWoods LLP as counsel for service in this action:

　　　　Name: Leslie M. Werlin (SBN 067994)

The following attorney is no longer counsel of record in this action:

　　　　Name: Susan L. Germaise (SBN 176595)

DATED: September 4, 2015      /s/ Leslie M. Werlin
　　　　　　　　　　　　　　　　　　Leslie M. Werlin

American LegalNet, Inc.
www.USCourtForms.com