1  FEDERAL ENERGY REGULATORY COMMISSION
   DAVID A. APPLEBAUM
2  David.Applebaum@ferc.gov
   WESLEY J. HEATH
3  Wesley.Heath@ferc.gov
   EMILY C. SCRUGGS
4  Emily.Scruggs@ferc.gov
   MARIA CRISTINA MELENDEZ
5  Cristina.Melendez@ferc.gov
   Office of Enforcement
6  888 1st Street, N.E.
   Washington, DC 20426
7  Telephone:      (202) 502-8100

8  Attorneys for FEDERAL ENERGY
   REGULATORY COMMISSION

9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12  FEDERAL ENERGY REGULATORY          )   CASE NO.:  2:13-cv-02093-TLN-DAD
    COMMISSION,                        )
13                                     )   OPPOSITION TO DEFENDANTS'
                    Plaintiff,         )   SEPTEMBER 3, 2015 MOTION FOR
14                                     )   LEAVE TO FILE MEMORANDUM OF
          v.                           )   POINTS AND AUTHORITIES
15                                     )
    BARCLAYS BANK PLC; DANIEL BRIN;    )   Hearing Date:     October 8, 2015
16  SCOTT CONNELLY; KAREN LEVINE; and  )   Time:             2:00 p.m.
    RYAN SMITH,                        )   Presiding:        Hon. Troy L. Nunley
17                                     )   Courtroom:        2, 15th Floor
                    Defendants.        )
18  _____  )

19        On September 3, 2015, Barclays Bank PLC and its former traders, Scott Connelly, Daniel

20  Brin, Karen Levine, and Ryan Smith filed two substantive pleadings: (1) a response to the Court's

21  August 3, 2015, Order (ECF No. 98) requesting supplemental briefing on the issue of separating

22  the Court's determination of disgorgement from a determination of Defendants' liability and the

23  amount in penalties (ECF No. 101); and (2) a Motion for Leave to File Memorandum of Points

24  and Authorities on the Federal Power Act's Judicial Procedures for Civil Penalty Assessment

25  Actions (ECF No. 102) ("Motion for Leave to File"), to which they attached their Memorandum

26  (ECF No. 102-1).  The Federal Energy Regulatory Commission ("Commission") opposes

27  Defendants' Motion for Leave to File.

28

1      In its August 3 Order, the Court directed the parties to limit their supplemental briefing to

2  no more than ten pages per side and indicated that "[t]he parties need not address the scope of de

3  novo review" in their briefs.  Order (ECF No. 98).  In response to the Court's Order, Defendants

4  filed a ten page supplemental brief on the issue of disgorgement as well as an unsolicited

5  seventeen page Memorandum on the scope of de novo review.  Defendants state, in their Motion

6  for Leave to File, that the Commission "does not oppose Defendants' request for such briefing"

7  on the scope of de novo review and that Defendants "have not had an opportunity to fully address

8  the issue."  Notice of Motion at i and Motion for Leave to File at 1 (ECF No. 102).  Defendants

9  are incorrect on both points.

10      First, as the Commission previously stated, "[w]hile the Commission does not think

11  additional briefing on this issue is necessary, it does not oppose Respondents' request for such

12  briefing if the Court thinks that additional briefing is necessary or helpful."  *See* Stipulation (ECF

13  No. 90); Amended Joint Status Report at 27 (ECF No. 97).  The Court has not requested

14  supplemental briefing on the scope of de novo review.  Second, Defendants have had repeated

15  opportunities to present to the Court those arguments contained in the instant Memorandum.  *See*

16  Joint Status Report (ECF No. 52) and Amended Joint Status Report (ECF No. 97).  Indeed, many

17  of the same arguments in the Memorandum were set forth in the prior Joint Status Reports.

18      In sum, the Commission opposes Defendants' Motion for Leave to File their

19  Memorandum on the scope of de novo review.  Should the Court grant Defendants' Motion for

20  Leave to File, the Commission respectfully requests the opportunity to file a response to

21  Defendants' Memorandum, not to exceed twenty pages, within thirty days of the Court's order

22  granting Defendants' Motion for Leave to File.

23

24  DATED:  September 9, 2015          FEDERAL ENERGY REGULATORY
                         COMMISSION

25

26                      By:    _____/s/ Emily C. Scruggs_____
                         EMILY C. SCRUGGS

27                           DAVID APPLEBAUM
                         WESLEY J. HEATH

28                           MARIA CRISTINA MELENDEZ