THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

*Please see continuation page for a complete list of the defendants and their counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, <br><br> Defendants. | CASE NO.: 2:13-cv-02093-TLN-DAD <br><br> **DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER CLARIFYING AND AMENDING THE OCTOBER 2, 2015 SCHEDULING ORDER** <br><br> **[FILED CONCURRENTLY WITH DEFENDANTS' MOTION FOR AN ORDER CLARIFYING AND AMENDING THE OCTOBER 2, 2015 SCHEDULING ORDER]** <br><br> Date:       November 19, 2015 <br> Time:       2:00 p.m. <br> Presiding:  Hon. Troy L. Nunley <br> Courtroom:  2 <br> Trial Date: None Set |

DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION AND AMENDMENT OF THE OCTOBER 2, 2015 SCHEDULING ORDER

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:    (212) 735-3000
Facsimile:     (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:    (312) 407-0700
Facsimile:     (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:    (202) 371-7000
Facsimile:     (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:     (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:    (202) 862-2410
Facsimile:     (202) 862-2400

Attorneys for BARCLAYS BANK PLC

---

DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION
AND AMENDMENT OF THE OCTOBER 2, 2015 SCHEDULING ORDER

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Attorneys for BARCLAYS BANK PLC


LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:     (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:     (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION
AND AMENDMENT OF THE OCTOBER 2, 2015 SCHEDULING ORDER

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

MARK E. MCKEEN (SBN 130950)
markmckeen@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:     (415) 856-7000
Facsimile:      (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:     (202) 551-1700
Facsimile:      (202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION AND AMENDMENT OF THE OCTOBER 2, 2015 SCHEDULING ORDER

# DECLARATION OF THOMAS J. NOLAN

I, THOMAS J. NOLAN, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Barclays Bank PLC, and am admitted to practice before the courts of the State of California and this Court. I submit this declaration in support of Defendants' Motion for an Order Clarifying and Amending the October 2, 2015 Scheduling Order, filed concurrently herewith. I am familiar with the files and records in this action and of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the ECF docket sheet summary for this action from PACER, created by pdf printout of <https://ecf.caed.uscourts.gov/cgi-bin/DktRpt.pl?940655145288765-L_1_0-1>, as accessed on October 12, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of October 2015, at Los Angeles, California.

By: _____*/s/ Thomas J. Nolan*_____
      Thomas J. Nolan

---

DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION AND AMENDMENT OF THE OCTOBER 2, 2015 SCHEDULING ORDER

# EXHIBIT 1

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:13-cv-02093-TLN-DAD

| | |
|---|---|
| Federal Energy Regulatory Commission v. Barclays Bank PLC et al | Date Filed: 10/09/2013 |
| Assigned to: District Judge Troy L. Nunley | Jury Demand: None |
| Referred to: Magistrate Judge Dale A. Drozd | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| Cause: 28:1331 Fed. Question: Review Agency Decision | Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2013 | 1 | PETITION for an Order Affirming The Federal Energy Regulatory Commission's July 16, 2013 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, Ryan Smith (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Brecher, Todd) Modified on 10/10/2013 (Meuleman, A). (Entered: 10/09/2013) |
| 10/10/2013 | 2 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Form, # 2 VDRP) (Meuleman, A) (Entered: 10/10/2013) |
| 10/10/2013 | 3 | SUMMONS ISSUED as to *Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, Ryan Smith* with answer to complaint due within *21* days. Attorney *Wesley J. Heath* *Federal Energy Regulatory Commission* *888 1st Street, N.E.* *Washington, DC 20426*. (Meuleman, A) (Entered: 10/10/2013) |
| 10/24/2013 | 4 | NOTICE of APPEARANCE by Thomas J Nolan on behalf of Barclays Bank PLC. Attorney Nolan, Thomas J added. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 5 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Jay B. Kasner to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 6 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Steven R. Glaser to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 7 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Patrick Fitzgerald to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 8 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney John N. Estes III to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |

| | | |
|---|---|---|
| 10/24/2013 | 9 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Gregory A. Markel to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 10 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Jason M. Halper to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 11 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Paul J. Pantano, Jr. to appear Pro Hac Vice. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 12 | STIPULATION and PROPOSED ORDER for Re: Acceptance Of Service And Extension Of Pleading/Briefing Schedule by Barclays Bank PLC. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | | RECEIPT number CAE200056047 for $1,400.00 for Jay B. Kasner, Steven R. Glaser, Patrick Fitzgerald, John N. Estes, III, Gregory A. Markel, Jason M. Halper and Paul J. Pantano, Jr. to appear for Barclays Bank, PLC from Patrick E. Guilfoyle. (Reader, L) (Entered: 10/24/2013) |
| 10/24/2013 | 14 | NOTICE *Defendant Barclays Bank PLC's Corporate Disclosure Statement* by Barclays Bank PLC. (Nolan, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 15 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Karen Levine, Ryan Smith for attorney Michael L. Spafford to appear Pro Hac Vice. Attorney Holtz, Geoffrey Thomas added. (Holtz, Geoffrey) (Entered: 10/24/2013) |
| 10/24/2013 | 16 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Karen Levine, Ryan Smith for attorney Victoria L. Taylor to appear Pro Hac Vice. (Holtz, Geoffrey) (Entered: 10/24/2013) |
| 10/24/2013 | 17 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Karen Levine, Ryan Smith for attorney James Bub Windle to appear Pro Hac Vice. (Holtz, Geoffrey) (Entered: 10/24/2013) |
| 10/24/2013 | 18 | NOTICE of APPEARANCE by Susan Lynn Germaise on behalf of Daniel Brin, Scott Connelly. Attorney Germaise, Susan Lynn added. (Germaise, Susan) (Entered: 10/24/2013) |
| 10/24/2013 | 19 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Daniel Brin, Scott Connelly for attorney Todd Mullins to appear Pro Hac Vice. (Germaise, Susan) (Entered: 10/24/2013) |
| 10/24/2013 | 20 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Daniel Brin, Scott Connelly for attorney Allison Charney to appear Pro Hac Vice. (Germaise, Susan) (Entered: 10/24/2013) |
| 10/24/2013 | 21 | NOTICE of APPEARANCE by Krystal Nadine Denley Bowen on behalf of Karen Levine, Ryan Smith. Attorney Bowen, Krystal Nadine Denley added. (Bowen, Krystal) (Entered: 10/24/2013) |
| 10/25/2013 | | |

|  |  |  |
|---|---|---|
|  |  | RECEIPT number CAE200056068 for $400.00 for Pro Hac Vice Application from Susan Germaise Re Allison Charney 20 and Todd Mullins 19 . (Mena-Sanchez, L) (Entered: 10/25/2013) |
| 10/25/2013 |  | RECEIPT number CAE200056069 for $600.00 for Pro Hac Vice Applications for Michael L. Spafford 15 , Victoria L. Taylor 16 , and James Bub Windle 17 from Geofrrey Holtz. (Mena-Sanchez, L) (Entered: 10/25/2013) |
| 10/25/2013 | 23 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/24/2013 ORDERING attorney Michael L. Spafford, PHV, added for Karen Levine and Ryan Smith. (Zignago, K.) (Entered: 10/25/2013) |
| 10/25/2013 | 24 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/24/2013 ORDERING attorney Victoria L. Taylor, PHV, added for Karen Levine and Ryan Smith. (Zignago, K.) (Entered: 10/25/2013) |
| 10/25/2013 | 25 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/24/2013 ORDERING attorney James Bub Windle, PHV, added for Karen Levine and Ryan Smith. (Zignago, K.) (Entered: 10/25/2013) |
| 10/29/2013 | 26 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/13. Added attorney Jason M. Halper, PHV for Barclays Bank PLC. (Manzer, C) Modified on 10/29/2013 (Manzer, C). (Entered: 10/29/2013) |
| 10/29/2013 | 27 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/13. Added attorney Jay B. Kasner, PHV for Barclays Bank PLC. (Manzer, C) (Entered: 10/29/2013) |
| 10/29/2013 | 28 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/13. Added attorney Gregory A. Markel, PHV for Barclays Bank PLC. (Manzer, C) (Entered: 10/29/2013) |
| 10/29/2013 | 29 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/13. Added attorney Todd Mullins, PHV for Daniel Brin and Scott Connelly. (Manzer, C) (Entered: 10/29/2013) |
| 10/29/2013 | 30 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/13. Added attorney Paul J. Pantano, Jr for Barclays Bank PLC. (Manzer, C) (Entered: 10/29/2013) |
| 10/29/2013 | 31 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/2013 ORDERING 8 Attorney John N. Estes, for Barclays Bank PLC. (Reader, L) (Entered: 10/29/2013) |
| 10/29/2013 | 32 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/2013 ORDERING 7 Attorney Patrick Fitzgerald, for Barclays Bank PLC. (Reader, L) (Entered: 10/29/2013) |
| 10/29/2013 | 33 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/2013 ORDERING 6 Attorney Steven R. Glaser, for Barclays Bank PLC. (Reader, L) (Entered: 10/29/2013) |
| 10/29/2013 | 34 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 10/28/2013 ORDERING 20 Attorney Allison Charney, for Daniel Brin, and Scott Connelly. (Reader, L) (Entered: 10/29/2013) |

| | | |
|---|---|---|
| 10/30/2013 | 35 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 10/29/13 ORDERING that Barclays and the Individual Traders will be deemed to have accepted service of the petition as of 10/15/13 and waive any and all defenses regarding service of process; the deadline to answer or otherwise respond is extended to 12/16/13; FERC will have 60 days thereafter to respond or oppose any motion filed; any reply to the response due 35 days thereafter. (Manzer, C) (Entered: 10/30/2013) |
| 11/01/2013 | 36 | NOTICE of APPEARANCE by Maria Cristina Melendez, GOVT on behalf of Federal Energy Regulatory Commission. Attorney Melendez, Maria Cristina added. (Melendez, Maria) (Entered: 11/01/2013) |
| 11/25/2013 | 37 | REQUEST for *Modification of Briefing Page Limits in Response to Petition* by Barclays Bank PLC. (Attachments: # 1 [Proposed] Order Granting Request to Modify Briefing Page Limits)(Nolan, Thomas) (Entered: 11/25/2013) |
| 11/27/2013 | 38 | ORDER signed by District Judge Troy L. Nunley on 11/26/13 GRANTING request to modify Briefing Page Limits. (Manzer, C) (Entered: 11/27/2013) |
| 12/13/2013 | 39 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Mark C. Kalpin to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972-5091405) (Nolan, Thomas) (Entered: 12/13/2013) |
| 12/13/2013 | 40 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Seth P. Waxman to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972-5091483) (Nolan, Thomas) (Entered: 12/13/2013) |
| 12/13/2013 | 41 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Dan M. Berkovitz to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972-5091494) (Nolan, Thomas) (Entered: 12/13/2013) |
| 12/13/2013 | 42 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Heather Zachary to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972-5091508) (Nolan, Thomas) (Entered: 12/13/2013) |
| 12/15/2013 | 43 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Jonathan G. Cedarbaum to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972-5091919) (Nolan, Thomas) (Entered: 12/15/2013) |
| 12/16/2013 | 44 | MOTION to DISMISS by Barclays Bank PLC. Motion Hearing set for 4/24/2014 at 2:00 PM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Attachments: # 1 Declaration of Thomas J. Nolan, # 2 Exhibit 1 through 4, # 3 Exhibit 5 through 12) (Nolan, Thomas) Modified on 12/17/2013 (Mena-Sanchez, L). (Entered: 12/16/2013) |
| 12/16/2013 | 45 | REQUEST for JUDICIAL NOTICE by Barclays Bank PLC in re 44 Motion to Dismiss,. (Attachments: # 1 Exhibit A through K, # 2 Proposed Order)(Nolan, Thomas) (Entered: 12/16/2013) |

| | | |
|---|---|---|
| 12/16/2013 | 46 | DECLARATION of Daniel Brin in SUPPORT OF 44 MOTION to DISMISS. (Nolan, Thomas) (Entered: 12/16/2013) |
| 12/16/2013 | 47 | DECLARATION of Scott Connelly in SUPPORT OF 44 MOTION to DISMISS. (Nolan, Thomas) (Entered: 12/16/2013) |
| 12/16/2013 | 48 | DECLARATION of Karen Levine in SUPPORT OF 44 MOTION to DISMISS. (Nolan, Thomas) (Entered: 12/16/2013) |
| 12/16/2013 | 49 | DECLARATION of Ryan Smith in SUPPORT OF 44 MOTION to DISMISS. (Nolan, Thomas) (Entered: 12/16/2013) |
| 12/16/2013 | 50 | DECLARATION of Christopher Evans in SUPPORT OF 44 MOTION to DISMISS. (Nolan, Thomas) (Entered: 12/16/2013) |
| 12/16/2013 | 51 | MOTION to STAY by Barclays Bank PLC. Motion Hearing SET for 1/16/2014 at 02:00 PM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Attachments: # 1 Declaration Of Thomas J. Nolan, # 2 Proposed Order)(Nolan, Thomas) Modified on 12/19/2013 (Mena-Sanchez, L). (Entered: 12/16/2013) |
| 12/16/2013 | 52 | JOINT STATUS REPORT by Barclays Bank PLC. (Nolan, Thomas) (Entered: 12/16/2013) |
| 12/17/2013 | 53 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 12/16/2013 ORDERING attorney Heather Zachary, PHV, added for Barclays Bank PLC. (Zignago, K.) (Entered: 12/17/2013) |
| 12/17/2013 | 54 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 12/16/2013 ORDERING attorney Seth Paul Waxman, PHV added for Barclays Bank PLC. (Zignago, K.) (Entered: 12/17/2013) |
| 12/17/2013 | 55 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 12/16/2013 ORDERING attorney Mark C. Kalpin, PHV, added for Barclays Bank PLC. (Zignago, K.) (Entered: 12/17/2013) |
| 12/17/2013 | 56 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 12/16/2013 ORDERING attorney Jonathan G. Cedarbaum, PHV, added for Barclays Bank PLC. (Zignago, K.) (Entered: 12/17/2013) |
| 12/17/2013 | 57 | PRO HAC VICE ORDER signed by District Judge Troy L. Nunley on 12/16/2013 ORDERING attorney Dan M. Berkovitz, PHV, added for Barclays Bank PLC. (Zignago, K.) (Entered: 12/17/2013) |
| 12/31/2013 | 58 | NOTICE OF ERRATA re 44 Motion to Dismiss by Barclays Bank PLC. (Nolan, Thomas) Modified on 1/2/2014 (Michel, G). (Entered: 12/31/2013) |
| 01/02/2014 | 59 | OPPOSITION to 51 Motion to Stay by Federal Energy Regulatory Commission. (Brecher, Todd) Modified on 1/3/2014 (Michel, G). (Entered: 01/02/2014) |
| 01/06/2014 | 60 | MINUTE ORDER issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 1/6/2014: The parties are hereby notified that the TIME for the Hearing on Defendants' Motion to Stay 51 currently set for 2:00 p.m. on 1/16/2014 is ADVANCED to 1:30 p.m. in Courtroom 2 (TLN) before District |

| | | |
|---|---|---|
| | | Judge Troy L. Nunley. (TEXT ONLY ENTRY) (Krueger, M) (Entered: 01/06/2014) |
| 01/09/2014 | 61 | REPLY by Barclays Bank PLC re 51 MOTION to STAY. (Nolan, Thomas) (Entered: 01/09/2014) |
| 01/16/2014 | 62 | MINUTES (Text Only) for MOTION HEARING held before District Judge Troy L. Nunley on 1/16/2014: The Court heard oral arguments on Defendants' Motion to Stay 51 . For the reasons stated on the record, the Court GRANTED the Motion in PART, and defers issuing a scheduling order until after the briefing on the Motion to Dismiss and Motion to Transfer is complete. Discovery shall also be deferred until after the Court rules on Defedants' Motion to Dismiss and Motion to Transfer. The parties shall complete the briefing on the Motion to Dismiss and Transfer as stipulated, and the Court shall not hold an in-person hearing on the motion. This is without prejudice to either party to request oral argument. Otherwise, the motion shall stand submitted upon the Defendants' filing of their reply brief. Plaintiffs Counsel Wesley Heath (Argued the Motion), and Attorneys Emily Scruggs and Todd Brecher present. Defendants Counsel Thomas Nolan (Argued the Motion), and Attorneys Jonathan Cederbaum, Gregory Markel, Todd Mullins, and Michael Spafford present. Court Reporter: Michelle Babbitt. (Krueger, M) (Entered: 01/16/2014) |
| 01/30/2014 | 63 | TRANSCRIPT of Proceedings held on 1-16-14, before District Judge Troy L. Nunley, filed by Court Reporter Michelle Babbitt, E-mail mbabbitt@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 2/21/2014. Redacted Transcript Deadline set for 3/3/2014. Release of Transcript Restriction set for 5/1/2014. (Babbitt, M) (Entered: 01/30/2014) |
| 02/12/2014 | 64 | DESIGNATION of COUNSEL FOR SERVICE., attorney Krystal Nadine Denley Bowen terminated (Holtz, Geoffrey) (Entered: 02/12/2014) |
| 02/14/2014 | 65 | OPPOSITION by Federal Energy Regulatory Commission to 44 Motion to Dismiss. (Attachments: # 1 Declaration Decl. of Emily Scruggs, # 2 Exhibits 1 - 11 to Declaration) (Heath, Wesley) Modified on 2/19/2014 (Marciel, M) (Entered: 02/14/2014) |
| 02/14/2014 | 66 | REQUEST for JUDICIAL NOTICE by Federal Energy Regulatory Commission in support of 65 Opposition to Motion to Dismiss. (Attachments: # 1 Exhibit A - F, # 2 Exhibit G (part 1), # 3 Exhibit G (part 2)-O, # 4 Proposed Order) (Heath, Wesley) Modified on 2/19/2014 (Marciel, M) (Entered: 02/14/2014) |
| 02/14/2014 | 67 | NOTICE of LODGING DOCUMENT IN PAPER by Federal Energy Regulatory Commission: Investigative Test. of Scott Connelly on 7/20/2009; Investigative Test. of Daniel Brin on 9/21/2010. (Heath, Wesley) Modified on 2/19/2014 (Marciel, M) (Entered: 02/14/2014) |
| | | |

| | | |
|---|---|---|
| 03/21/2014 | 68 | REPLY by Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, Ryan Smith re 44 Motion to Dismiss. Attorney Nolan, Thomas J added. (Nolan, Thomas) (Entered: 03/21/2014) |
| 03/21/2014 | 69 | RESPONSE by Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, Ryan Smith to 66 Request for Judicial Notice,. (Nolan, Thomas) (Entered: 03/21/2014) |
| 03/28/2014 | 70 | REPLY by Federal Energy Regulatory Commission to 69 Response. (Heath, Wesley) Modified on 3/31/2014 (Kaminski, H). (Entered: 03/28/2014) |
| 04/14/2014 | 71 | MINUTE ORDER issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 4/14/2014: On the Court's own motion, Defendants' Motion to Dismiss, or in the alternative, Motion to Transfer 44 is SUBMITTED without oral argument. Accordingly, the hearing set for 4/24/2014 is VACATED. (TEXT ONLY ENTRY) (Krueger, M) (Entered: 04/14/2014) |
| 06/18/2014 | 72 | NOTICE of CHANGE of ADDRESS by Michael L. Spafford, PHV. (Spafford, PHV, Michael) (Entered: 06/18/2014) |
| 06/19/2014 | 73 | NOTICE of APPEARANCE by Mark Everett McKeen on behalf of Karen Levine, Ryan Smith. Attorney McKeen, Mark Everett added. (McKeen, Mark) (Entered: 06/19/2014) |
| 06/19/2014 | 74 | NOTICE of WITHDRAWAL of Geoffrey Thomas Holtz as counsel by Karen Levine, Ryan Smith. (Spafford, PHV, Michael) Modified on 6/20/2014 (Kaminski, H). (Entered: 06/19/2014) |
| 01/02/2015 | 75 | NOTICE *of Withdrawal of Attorney* by Federal Energy Regulatory Commission. (Brecher, Todd) (Entered: 01/02/2015) |
| 01/21/2015 | 76 | ORDER signed by District Judge Troy L. Nunley on 1/20/15 ORDERING that the hearing date is SET for 2/12/2015 at 02:00 PM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Mena-Sanchez, L) Modified on 1/21/2015 (Krueger, M). (Entered: 01/21/2015) |
| 01/26/2015 | 77 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Barclays Bank PLC for attorney Jodi Avergun to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972-5713931) (Nolan, Thomas) (Entered: 01/26/2015) |
| 01/27/2015 | 78 | PRO HAC VICE ORDER adding attorney Jodi Avergun, PHV for Barclays Bank PLC, signed by District Judge Troy L. Nunley on 1/26/15. (Kastilahn, A) (Entered: 01/27/2015) |
| 01/29/2015 | 79 | STIPULATION and Proposed Order to Continue Hearing re 44 Motion to Dismiss by Barclays Bank PLC. (Nolan, Thomas) Modified on 1/29/2015 (Kaminski, H). (Entered: 01/29/2015) |
| 02/02/2015 | 80 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 1/30/15: HEARING as to 44 Motion to Dismiss continued until 2/26/2015 at 02:30 PM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Kaminski, H) (Entered: 02/02/2015) |
| 02/10/2015 | 81 | |

| | | |
|---|---|---|
| | | NOTICE of APPEARANCE by David A. Applebaum, GOVT on behalf of Federal Energy Regulatory Commission. Attorney Applebaum, David A. added. (Applebaum, David) (Entered: 02/10/2015) |
| 02/13/2015 | 82 | NOTICE *of Withdrawal of Attorney (Jason Halper)* by Barclays Bank PLC. (Markel, Gregory) (Entered: 02/13/2015) |
| 02/26/2015 | 83 | MINUTES (Text Only) for proceedings before District Judge Troy L. Nunley: MOTION HEARING held on 2/26/2015: The Court heard oral argument on Defendants' Motion to Dismiss, or in the alternative, Motion to Transfer (ECF No. 44 ), and the Motion stands SUBMITTED. A written order to follow. Plaintiffs Counsel Wesly Heath, Emily Scruggs, and M. Cristina Melendez present. Defendants Counsel Tom Nolan, Gregory Markel, Todd Mullins, and Michael Spafford present. Court Reporter: Michelle Babbitt. (Krueger, M) (Entered: 02/27/2015) |
| 04/14/2015 | 84 | TRANSCRIPT of Proceedings held on 2-26-15, before District Judge Troy L. Nunley, filed by Court Reporter Michelle Babbitt, E-mail mbabbitt@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through Reporter Babbitt or PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 5/7/2015. Redacted Transcript Deadline set for 5/15/2015. Release of Transcript Restriction set for 7/13/2015. (Babbitt, M) (Entered: 04/14/2015) |
| 05/04/2015 | 85 | TRANSCRIPT of Proceedings: CORRECTED TRANSCRIPT, held on 2-26-15, before District Judge Troy L. Nunley, filed by Court Reporter Michelle Babbitt, E-mail mbabbitt@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through Reporter Babbitt or PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 5/26/2015. Redacted Transcript Deadline set for 6/4/2015. Release of Transcript Restriction set for 8/3/2015. (Babbitt, M) (Entered: 05/04/2015) |
| 05/06/2015 | 86 | TRANSCRIPT of Proceedings; FINAL CORRECTED, held on 2-26-15, before District Judge Troy L. Nunley, filed by Court Reporter Michelle Babbitt, E-mail mbabbitt@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through Reporter Babbitt or PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 5/29/2015. Redacted Transcript Deadline set for 6/8/2015. Release of Transcript Restriction set for 8/6/2015. (Babbitt, M) (Entered: 05/06/2015) |
| 05/20/2015 | 87 | ORDER signed by District Judge Troy L. Nunley on 5/19/15 DENYING 44 Motion to Dismiss. (Meuleman, A) (Entered: 05/20/2015) |
| 05/22/2015 | 88 | AMENDED ORDER signed by District Judge Troy L. Nunley on 5/21/15 DENYING 44 Motion to Dismiss. (Manzer, C) (Entered: 05/22/2015) |
| | | |

| | | |
|---|---|---|
| 05/22/2015 | 89 | MINUTE ORDER issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 5/22/2015: The Amended Order (ECF No. 88 ) makes minor typographical corrections and deletes the reference to footnote "2". (TEXT ONLY ENTRY) (Krueger, M) (Entered: 05/22/2015) |
| 06/01/2015 | 90 | STIPULATION and PROPOSED ORDER for Joint Stipulation Regarding Amended Joint Rule 26(f) Report and Extending Time to Serve Answer re 88 Order by Barclays Bank PLC. (Nolan, Thomas) (Entered: 06/01/2015) |
| 06/03/2015 | 91 | STIPULATION and ORDER signed by District Judge Troy L. Nunley on 6/2/15 re: 90 ORDERING as follows: 1) The time for Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith ("Defendants") to answer the Federal Energy Regulatory Commission's ("FERC") Petition for an Order affirming the Federal Energy Regulatory Commission's 7/16/13 Order Assessing Civil Penalties Against Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith is hereby EXTENDED until and including 6/17/15. 2. Defendants and FERC shall file any amendment or supplement to the Joint Report In Compliance With FRCP 26(f) And Court's Order Requiring Joint Status Report, which shall address the Parties' positions on the scope of the proceedings pursuant to Section 31(d)(3)(B) of the Federal Power Act and include a proposed briefing schedule on this issue, within 30 days of notice of the entry of this Order. (Meuleman, A) (Entered: 06/03/2015) |
| 06/17/2015 | 92 | ANSWER with Jury Demand by Daniel Brin.(Germaise, Susan) (Entered: 06/17/2015) |
| 06/17/2015 | 93 | ANSWER with Jury Demand by Scott Connelly.(Germaise, Susan) (Entered: 06/17/2015) |
| 06/17/2015 | 94 | ANSWER with Jury Demand by Barclays Bank PLC.(Nolan, Thomas) (Entered: 06/17/2015) |
| 06/17/2015 | 95 | ANSWER with Jury Demand by Karen Levine.(Spafford, PHV, Michael) (Entered: 06/17/2015) |
| 06/17/2015 | 96 | ANSWER with Jury Demand by Ryan Smith.(Spafford, PHV, Michael) (Entered: 06/17/2015) |
| 07/02/2015 | 97 | FIRST AMENDED STATUS REPORT by Barclays Bank PLC. (Nolan, Thomas) (Entered: 07/02/2015) |
| 08/04/2015 | 98 | ORDER and REQUEST FOR SUPPLEMENTARY BRIEFING signed by District Judge Troy L. Nunley on 8/3/15. The parties shall provide further briefing in accordance with this order within 30 days. (Manzer, C) (Entered: 08/04/2015) |
| 08/18/2015 | 99 | PRO HAC VICE APPLICATION and PROPOSED ORDER for attorney Donna M. Byrne submitted by Barclays Bank PLC. (Filing fee $ 200, receipt number 0972-6037934) (Nolan, Thomas) Modified on 8/19/2015 (Marciel, M). (Entered: 08/18/2015) |
| 08/19/2015 | 100 | PRO HAC VICE 99 ORDER signed by District Judge Troy L. Nunley on 8/19/2015. Attorney Donna M. Byrne, PHV is ADDED for respondent Barclays Bank PLC. (Marciel, M) (Entered: 08/19/2015) |

| | | |
|---|---|---|
| 09/03/2015 | 101 | SUPPLEMENTARY BRIEFING in Opposition to Bifurcation by Barclays Bank PLC re 98 Order. (Nolan, Thomas) Modified on 9/4/2015 (Kastilahn, A). (Entered: 09/03/2015) |
| 09/03/2015 | 102 | MOTION For Leave to File a Memorandum of Points and Authorities on the Federal Power Act's Judicial Procedures for Civil Penalty Assessment Actions by Barclays Bank PLC. Motion Hearing set for 10/8/2015 at 02:00 PM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Attachments: # 1 Exhibit A - Memorandum of Points and Authorities, # 2 Proposed Order ) (Nolan, Thomas) Modified on 9/4/2015 (Kastilahn, A). (Entered: 09/03/2015) |
| 09/03/2015 | 103 | SUPPLEMENT by Federal Energy Regulatory Commission re 98 Order. (Scruggs, Emily) (Entered: 09/03/2015) |
| 09/04/2015 | 104 | DESIGNATION of COUNSEL FOR SERVICE. Added Attorney Leslie M. Werlin for Daniel Brin and Scott Connelly. Attorney Susan Lynn Germaise terminated (Werlin, Leslie) Modified on 9/8/2015 (Kastilahn, A). (Entered: 09/04/2015) |
| 09/09/2015 | 105 | OPPOSITION by Federal Energy Regulatory Commission to 102 MOTION For Leave to File a Memorandum of Points and Authorities on the Federal Power Act's Judicial Procedures for Civil Penalty Assessment Actions. (Scruggs, Emily) (Entered: 09/09/2015) |
| 10/02/2015 | 106 | SCHEDULING ORDER signed by District Judge Troy L. Nunley on 10/1/2015 ORDERING the Federal Energy Regulatory Commission to file with the Court within 30 days, the administrative record used in assessing civil penalties and a motion for an order affirming the civil penalties assessed by the Federal Energy Regulatory Commission; ORDERING the defendants to file an opposition within 60 days of the filing of the Federal Energy Regulatory Commission's motion; ORDERING the Federal Energy Regulatory Commission to file any reply within 21 days of the filing of the defendants' opposition; BIFURCATING the determination of disengorgement from the review of liability and the assessed civil penalties. (Michel, G.) (Entered: 10/02/2015) |
| 10/06/2015 | 107 | MINUTE ORDER (Text Only) issued by Relief Courtroom Deputy J. Anderson for District Judge Troy L. Nunley on 10/06/2015: On the Courts own motion, Defendants Motion for Leave to File a Memorandum (ECF No. 102 ) is hereby SUBMITTED without oral argument. Accordingly, the hearing set for 10/08/2015 is VACATED. If the Court determines oral argument is necessary, it will be scheduled at a later date. (Anderson, J) (Entered: 10/06/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/12/2015 09:35:25 | | | |
| **PACER Login:** | wcphd0009:2559904:0 | **Client Code:** | |

| Description: | Docket Report | Search Criteria: | 2:13-cv-02093-TLN-DAD |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | 0.70 |