PAUL HASTINGS LLP
Mark E. McKeen (SBN 130950)
markmckeen@paulhastings.com
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  941105
Telephone:  415.856.7075
Facsimile:  415.856.7175

Attorney for Respondents
KAREN LEVINE and RYAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FEDERAL ENERGY REGULATORY COMMISSION, | No. 2:13-cv-02093-TLN-DAD |
|---|---|
| Petitioner | **NOTICE OF WITHDRAWAL** |
| v. | Presiding:   Hon. Troy L. Nunley<br>Courtroom:  2<br>Trial Date:  None Set |
| BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, | |
| Respondents. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel to KAREN LEVINE and RYAN SMITH.

1 | DATED:  October 16, 2015

2

3

4                                          PAUL HASTINGS LLP

5                                     By: _____

6                                              Mark E. McKeen
                                            markmckeen@paulhastings.com
7                                             Attorney for Respondents
                                           KAREN LEVINE and RYAN SMITH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28