FEDERAL ENERGY REGULATORY COMMISSION
DAVID A. APPLEBAUM
David.Applebaum@ferc.gov
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:    (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>  Defendants. | CASE NO.: 2:13-cv-02093-TLN-DAD<br><br>**OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER CLARIFYING AND AMENDING THE OCTOBER 2, 2015 SCHEDULING ORDER**<br><br>Hearing Date:  November 19, 2015<br>Time:          2:00 p.m.<br>Presiding:     Hon. Troy L. Nunley<br>Courtroom:     2, 15th Floor |

On October 13, 2015, Barclays Bank PLC and its former traders, Scott Connelly, Daniel Brin, Karen Levine, and Ryan Smith (collectively "Defendants") filed a motion for an order clarifying and amending the Court's October 2, 2015 scheduling order (ECF No. 108). The Federal Energy Regulatory Commission ("Commission") opposes Defendants' motion.

Defendants move this Court to state whether the Court has discretion to determine "when and to what extent the FRCP apply to this action, and whether a trial before a jury will be

conducted as to disputed issues of material fact."[1]  Motion at 4.  Answering these questions would not clarify the Court's scheduling order and is unnecessary for the parties to comply with the Court's order as written.  In fact, the Court's scheduling order is clear and not in need of clarification concerning the next steps in this proceeding.

First, the Commission will file the administrative record by November 2.  Within thirty days of filing the record, the Commission will file a motion for affirmance of the civil penalties assessed.  Defendants will then have sixty days within which to submit their opposition.  The Commission may file a reply within twenty-one days of the filing of Defendants' opposition.  Scheduling Order (ECF No. 106).  Second, the Court will review the Commission's assessment to determine whether the penalties should be affirmed, vacated, or modified.  *Id.* at 2.  And, third, the Court has stated it will consider whether supplementation of the record and/or alternative means of fact-finding are required for its review of the Commission's assessed penalties.  *Id.*  Rather than seek "clarification" of these steps, Defendants are essentially asking the Court to decide whether supplementation of the record and/or alternative means of fact-finding are required before the administrative record and related briefs are filed.

In sum, the Commission opposes Defendants' motion because clarification or amendment of the Court's scheduling order is unnecessary.

DATED:  October 20, 2015               FEDERAL ENERGY REGULATORY
                                        COMMISSION

                               By:      /s/ Emily C. Scruggs
                                        EMILY C. SCRUGGS
                                        DAVID APPLEBAUM
                                        WESLEY J. HEATH
                                        MARIA CRISTINA MELENDEZ

---

[1] Defendants specifically requested, "that the Court clarify and amend the Scheduling Order to state whether (a) the entirety of this action is subject to the FRCP (including the Rules governing discovery) and a trial before a jury as to disputed issues of material fact, or instead (b) the determination of when and to what extent the FRCP apply to this action, and whether a trial before a jury will be conducted as to disputed issues of material fact, is subject to the discretion of the Court."  Motion at 4-5.