THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

*Please see continuation page for a complete list of the defendants and their counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, </br></br>    Plaintiff, </br></br>    v. </br></br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, </br></br>    Defendants. | CASE NO.: 2:13-cv-02093-TLN-DAD </br></br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER CLARIFYING AND AMENDING THE OCTOBER 2, 2015 SCHEDULING ORDER** </br></br>Date:         November 19, 2015 </br>Time:        2:00 p.m. </br>Presiding:   Hon. Troy L. Nunley </br>Courtroom: 2 </br>Trial Date:  None Set |

---

REPLY SUPPORTING MOTION FOR CLARIFICATION AND AMENDMENT OF SCHEDULING ORDER

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:    (312) 407-0700
Facsimile:    (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:    (202) 371-7000
Facsimile:    (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:    (202) 862-2410
Facsimile:    (202) 862-2400

Attorneys for BARCLAYS BANK PLC

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Attorneys for BARCLAYS BANK PLC


LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:     (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:     (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

REPLY SUPPORTING MOTION FOR CLARIFICATION AND AMENDMENT OF SCHEDULING ORDER

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:     (202) 551-1700
Facsimile:     (202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

## **ARGUMENT**

On October 13, 2015, Defendants Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith filed a motion, Dkt. 108 (the "Motion"), requesting that the Court clarify and amend its October 2, 2015 Scheduling Order, Dkt. 106.  Defendants sought the requested clarification and amendment because (1) the Scheduling Order does not specify the rules and standards that will apply to this action, including whether Defendants may take discovery prior to filing, and rely upon discovered evidence in, their opposition brief, and what standard and burdens of proof the Court will apply in making its determination whether penalties shall be affirmed, vacated, or modified; (2) clarification of the applicable rules and standards will profoundly affect the remaining proceedings in the case, including Defendants' ability to timely conduct discovery, properly prepare for the forthcoming proceedings that include fast approaching briefing deadlines, and clarify the issue for the Ninth Circuit in the event of appeal; and (3) the rules and standards that apply to this action under Federal Power Act section 31(d)(3), 16 U.S.C. § 823b(d)(3), is a threshold question of first impression, collateral to the merits of this action, that implicates Defendants' fundamental statutory and constitutional rights (including their rights to due process and a jury trial).

On October 20, 2015, the Federal Energy Regulatory Commission ("FERC") filed its Opposition.  Dkt. 110.  FERC argues that clarification is "unnecessary for the parties to comply with the Court's order as written," and that "Defendants are essentially asking the Court to decide whether supplementation of the record and/or alternative means of fact-finding are required before the administrative record and related briefs are filed."  *Id.* at 2.

FERC's Opposition fundamentally misconstrues Defendants' Motion—misapprehending the nature of, reason for, and import of, the clarification and amendment that Defendants seek.  In the process, FERC makes clear its position that the Scheduling Order precludes "supplementation of the record and/or alternative means of fact-finding" until ***after*** the briefing schedule in the Scheduling Order has been completed, at which time the Court will decide whether to allow it.

FERC's Opposition confirms that clarification ***is necessary*** for this case to proceed in a manner that does not deprive Defendants of rights fundamental to their ability to defend

themselves.  If the Scheduling Order is not clarified, and assuming FERC's interpretation of the Scheduling Order is correct, Defendants will be prohibited from conducting any discovery before filing their opposition briefs on the timeline established by the Scheduling Order.  This inability to rely upon discovered evidence would prevent Defendants from presenting adequately in their briefs in opposition arguments crucial to their defense, especially given that the agency record here is (as Defendants have explained) incomplete and inadequate.  *See, e.g.*, Dkt. 108 at 2.  And, without clarification, the Court will have provided no direction on the standards it intends to use in reviewing the briefs submitted by FERC and the Defendants, or if the Parties will be entitled to a trial by jury as to disputed issues of material fact, as all Parties have demanded.

While raising issues collateral to the merits of this case, Defendants' Motion goes to the heart of the manner in which this action will proceed and whether Defendants' ability to protect their interests will be irreparably and materially harmed.  Clarification and amendment of the Scheduling Order to address these issues is vital.  The nature of this action, and the rules, standards, burdens, and procedures that apply to these proceedings, are issues of first impression that will determine the course of this action in material respects.  Continuing with this action in the absence of clarification will undermine Defendants' ability to protect their interests in defending against FERC's attempt to impose hundreds of millions of dollars in penalties.

## **CONCLUSION**

For the reasons stated in Defendants' Motion, Dkt. 108, and those set forth herein, the Scheduling Order should be amended to specifically address whether:

a) the entirety of this action is subject to the Federal Rules of Civil Procedure (including the Rules governing discovery) and a trial before a jury as to disputed issues of material fact, or instead

b) the Federal Rules of Civil Procedure (including the Rules governing discovery) will only apply to this action, and a trial before a jury will be only conducted as to disputed issues of material fact, if and when the Court finds such procedures appropriate.

2

REPLY SUPPORTING MOTION FOR CLARIFICATION AND AMENDMENT OF SCHEDULING ORDER

DATED: October 28, 2015

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                By:  */s/ Thomas J. Nolan*
                          Thomas J. Nolan
                Attorneys for BARCLAYS BANK PLC

DATED: October 28, 2015

                CADWALADER, WICKERSHAM & TAFT LLP

                By: */s/ Gregory A. Markel (as authorized on 10/28/2015)*
                      Gregory A. Markel
                Attorneys for BARCLAYS BANK PLC

DATED: October 28, 2015

                WILMER CUTLER PICKERING HALE AND DORR LLP

                By: */s/ Seth P. Waxman (as authorized on 10/28/2015)*
                      Seth P. Waxman
                Attorneys for BARCLAYS BANK PLC

DATED: October 28, 2015

                McGUIREWOODS LLP

                By: */s/ Todd Mullins (as authorized on 10/28/2015)*
                      Todd Mullins
                Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED: October 28, 2015

                PAUL HASTINGS LLP

                By: */s/ Michael L. Spafford (as authorized on 10/28/2015)*
                      Michael L. Spafford
                Attorneys for KAREN LEVINE and RYAN SMITH