THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Please see continuation page for a complete list of the parties and their respective counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>  Petitioner,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>  Respondents. | CASE NO.:  2:13-cv-02093-TLN-DAD<br><br>**JOINT STIPULATION REGARDING REDACTION OF PERSONAL ADDRESSES AND ZIP CODES**<br><br>Courtroom:    2<br>Presiding:    Hon. Troy L. Nunley |

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:      (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Bryne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:      (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:      (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:      (202) 862-2400

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:    (617) 526-6000
Facsimile:    (617) 526-5000

Attorneys for Defendant BARCLAYS BANK PLC

LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:    (202) 857-1752
Facsimile:    (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:    (212) 548-2166
Facsimile:    (212) 715-6279

Attorneys for Defendants DANIEL BRIN
and SCOTT CONNELLY

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L. TAYLOR (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:    (202) 551-1700
Facsimile:    (202) 551-1705

Attorneys for Defendants KAREN LEVINE
and RYAN SMITH

DAVID A. APPLEBAUM
David.Applebaum@ferc.gov
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, D.C. 20426
Telephone:    (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

**JOINT STIPULATION**

The Federal Energy Regulatory Commission ("FERC"), on the one hand, and Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith (collectively, "Defendants" and, with FERC, the "Parties"), on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1. With respect to the filing to be made by FERC on November 2, 2015, pursuant to this Court's October 2, 2015 Scheduling Order (Dkt. 106), personal addresses and zip codes, although not required by rule, will be redacted.

2. Accordingly, the Parties respectfully request that the Court approve this stipulation and enter the proposed order attached as Exhibit A.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Thomas J. Nolan (as authorized on 10/29/15)*
Thomas J. Nolan
Attorneys for BARCLAYS BANK PLC

DATED: October 29, 2015

CADWALADER, WICKERSHAM & TAFT LLP

By: */s/ Gregory A. Markel (as authorized on 10/29/15)*
Gregory A. Markel
Attorneys for BARCLAYS BANK PLC

DATED: October 29, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Seth Waxman (as authorized on 10/29/15)*
Seth P. Waxman
Attorneys for BARCLAYS BANK PLC

1 | DATED: October 29, 2015

2 | McGUIREWOODS LLP

3 |
4 | By: */s/ Todd Mullins (as authorized on 10/29/15)*
   | Todd Mullins
   | Attorneys for DANIEL BRIN and SCOTT
5 | CONNELLY

6 | DATED: October 29, 2015

7 |
8 | PAUL HASTINGS LLP

9 | By: */s/ Michael L. Spafford*
   | Michael L. Spafford
10 | Attorneys for KAREN LEVINE
   | and RYAN SMITH

11 | DATED: October 29, 2015

12 | FEDERAL ENERGY REGULATORY COMMISSION

13 |
14 | By: */s/ Emily C. Scruggs (as authorized on 10/29/15)*
   | Emily C. Scruggs
   | Attorneys for FEDERAL ENERGY REGULATORY
15 | COMMISSION

**EXHIBIT A**

**[PROPOSED] ORDER**

Pursuant to the foregoing joint stipulation, and good cause appearing therefor, **IT IS ORDERED AS FOLLOWS:**

The Federal Energy Regulatory Commission shall redact personal addresses and zip codes included in the materials that it will file on November 2, 2015, pursuant to the Court's October 2, 2015 Scheduling Order.

**IT IS SO ORDERED.**

Dated:

By: _____

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT