1   PAUL HASTINGS LLP
    Holly A. House (SBN 136045)
2   hollyhouse@paulhastings.com
    55 Second Street, Twenty-Fourth Floor
3   San Francisco, California  94105
    Telephone:  415.856.7075
4   Facsimile:  415.856.7175

5   Attorney for Respondents
    KAREN LEVINE and RYAN SMITH
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  FEDERAL ENERGY REGULATORY            No. 2:13-cv-02093-TLN-DAD
    COMMISSION,
12                                       **NOTICE OF APPEARANCE**
              Petitioner,
13                                       Presiding:   Hon. Troy L. Nunley
         v.                              Courtroom:  2
14                                       Trial Date:  None Set
    BARCLAYS BANK PLC; DANIEL BRIN;
15  SCOTT CONNELLY; KAREN LEVINE; and
    RYAN SMITH,
16
              Respondents.
17

18

19  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR**

20  **ATTORNEYS OF RECORD:**

21        **PLEASE TAKE NOTICE** that the undersigned appears as counsel to KAREN LEVINE

22  and RYAN SMITH, files this notice of appearance, and requests that all notices and pleadings

23  / / /

24  / / /

25  / / /

26   / / /

27  / / /

28  / / /

1    hereafter given or filed in this case additionally be given and served upon:

2                            PAUL HASTINGS LLP
                             HOLLY A. HOUSE
3                         hollyhouse@paulhastings.com
                      55 Second Street, Twenty-Fourth Floor
4                        San Francisco, California  94105
                           Telephone:  415.856.7000
5                          Facsimile:   415.856.7100

6           Holly A. House is licensed to practice law in the State of California, is a member in good

7    standing of the California State Bar, and is admitted to practice before the United States District

8    Court for the Eastern District of California.

9           Attorneys MICHAEL L. SPAFFORD, VICTORIA TAYLOR EARLS and J. BUB

10   WINDLE, formerly of BINGHAM McCUTCHEN LLP and now of PAUL HASTINGS LLP,

11   will continue to appear *pro hac vice* as counsel to KAREN LEVINE and RYAN SMITH.

12

13   DATED:  November 2, 2015

14                                            Paul Hastings LLP

15

16                                   By:  _____/ s /_____
                                                    Holly A. House
17                                           hollyhouse@paulhastings.com

18                                           Attorney for Respondents
                                          KAREN LEVINE and RYAN SMITH
19

20

21
     LEGAL_US_E # 117763340.1
22

23

24

25

26

27

28