1  THOMAS J. NOLAN (SBN 66992)
   Thomas.Nolan@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071-3144
   Telephone:   (213) 687-5000
4  Facsimile:   (213) 687-5600

5  *Please see continuation page for a complete
   list of the defendants and their counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, | CASE NO.: 2:13-cv-02093-TLN-EFB (TEMP) |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | Presiding:   Hon. Troy L. Nunley<br>Courtroom:   2<br>Trial Date:   None Set |
| BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, | |
| Defendants. | |

---

DEFENDANTS' NOTICE OF APPEAL FROM ORDERS ENTERED ON OCTOBER 2 AND OCTOBER 28, 2015

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:     (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:     (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:     (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:     (202) 862-2400

Attorneys for BARCLAYS BANK PLC

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:    (617) 526-6000
Facsimile:    (617) 526-5000

Attorneys for BARCLAYS BANK PLC


LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:    (202) 857-1752
Facsimile:    (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:    (212) 548-2166
Facsimile:    (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

DEFENDANTS' NOTICE OF APPEAL FROM ORDERS ENTERED ON OCTOBER 2 AND OCTOBER 28, 2015

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

HOLLY A. HOUSE (SBN 136045)
hollyhouse@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:   (415) 856-7000
Facsimile:   (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

DEFENDANTS' NOTICE OF APPEAL FROM ORDERS ENTERED ON OCTOBER 2 AND OCTOBER 28, 2015

Notice is hereby given under Federal Rule of Appellate Procedure 3 that Barclays Bank PLC, Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith, the Defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the orders entered in this action on October 2, 2015 (Dkt. 106), and October 28, 2015 (Dkt. 112).

DATED: November 9, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Thomas J. Nolan*
Thomas J. Nolan
Attorneys for BARCLAYS BANK PLC

DATED: November 9, 2015

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ *Gregory A. Markel (as authorized on 11/09/2015)*
Gregory A. Markel
Attorneys for BARCLAYS BANK PLC

DATED: November 9, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Seth Waxman  (as authorized on 11/09/2015)*
Seth P. Waxman
Attorneys for BARCLAYS BANK PLC

DATED: November 9, 2015

McGUIREWOODS LLP

By: */s/ Todd Mullins  (as authorized on 11/09/2015)*
Todd Mullins
Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED: November 9, 2015

PAUL HASTINGS LLP

By: */s/ Michael L. Spafford  (as authorized on 11/09/2015)*
Michael L. Spafford
Attorneys for KAREN LEVINE and RYAN SMITH