| | |
|---|---|
| 1 | THOMAS J. NOLAN (SBN 66992) |
| | Thomas.Nolan@skadden.com |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 3 | Los Angeles, California 90071-3144 |
| | Telephone:    (213) 687-5000 |
| 4 | Facsimile:     (213) 687-5600 |

*Please see continuation page for a complete list of the defendants and their counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, | CASE NO.: 2:13-cv-02093-TLN-DAD |
| Plaintiff, | **NOTICE OF APPEAL - REPRESENTATION STATEMENT** |
| v. | Presiding:    Hon. Troy L. Nunley |
| BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, | Courtroom:    2 |
| | Trial Date:    None Set |
| Defendants. | |

DEFENDANTS' NOTICE OF APPEAL – REPRESENTATION STATEMENT

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:      (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:      (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:      (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:     (202) 862-2410
Facsimile:      (202) 862-2400

Attorneys for BARCLAYS BANK PLC

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Attorneys for BARCLAYS BANK PLC


LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:     (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:     (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

HOLLY A. HOUSE (SBN 136045)
hollyhouse@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:	(415) 856-7000
Facsimile:	(415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
J. BUB WINDLE (Admitted *Pro Hac Vice*)
bubwindle@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:	(202) 551-1700
Facsimile:	(202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

## REPRESENTATION AND SERVICE LIST

**Attorneys for Plaintiff Federal Energy Regulatory Commission**

David A. Applebaum
Wesley J. Heath
Emily C. Scruggs
Maria Cristina Melendez
FEDERAL ENERGY REGULATORY COMMISSION
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
(202) 502-8100
David.Applebaum@ferc.gov

**Attorneys for Defendant Barclays Bank PLC**

Thomas J. Nolan
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
(213) 687-5000
Fax: (213) 687-5600
Thomas.Nolan@skadden.com

Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Fax: (212) 735-2000
Steven.Glaser@skadden.com

Patrick Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
Fax: (312) 407-0411
Patrick.Fitzgerald@skadden.com

John N. Estes III
Donna M. Byrne
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
Fax: (202) 393-5760
John.Estes@skadden.com

Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
(212) 504-6000
Fax: (212) 504-6666
Greg.Markel@cwt.com

Paul J. Pantano Jr.
Jodi L. Avergun
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
(202) 862-2410
Fax: (202) 862-2400
Paul.Pantano@cwt.com

| | |
|---|---|
| Seth P. Waxman<br>Dan M. Berkovitz<br>Jonathan G. Cedarbaum<br>Heather M. Zachary<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 663-6000<br>Fax: (202) 663-6363<br>Seth.Waxman@wilmerhale.com | Mark C. Kalpin<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br>Fax: (617) 526-5000<br>Mark.Kalpin@wilmerhale.com |

**Attorneys for Defendant Daniel Brin and Scott Connelly**

| | |
|---|---|
| Leslie M. Werlin<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, California 90067<br>(310) 315-8200<br>Fax: (310) 315-8210<br>lwerlin@mcguirewoods.com | Allison D. Charney<br>MCGUIRE WOODS LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105<br>(212) 548-2166<br>Fax: (212) 715-6279<br>acharney@mcguirewoods.com |

Todd Mullins
MCGUIRE WOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 857-1752
Fax: (202) 828-3320
tmullins@mcguirewoods.com

**Attorneys for Defendant Karen Levine and Ryan Smith**

| | |
|---|---|
| Holly A. House<br>PAUL HASTINGS LLP<br>55 Second Street, Twenty-Fourth Floor<br>San Francisco, California 94105<br>(415) 856-7000<br>Fax: (415) 856-7100<br>hollyhouse@paulhastings.com | Michael L. Spafford<br>Victoria L.T. Earls<br>J. Bub Windle<br>PAUL HASTINGS LLP<br>875 15th Street, N.W.
Washington, D.C. 20005<br>(202) 551-1700<br>Fax: (202) 373-1705<br>michaelspafford@paulhastings.com |

DEFENDANTS' NOTICE OF APPEAL FROM ORDERS ENTERED ON OCTOBER 2 AND OCTOBER 28, 2015