

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

Case No.:  2:13−cv−02093−TLN−EFB (TEMP)

FEDERAL ENERGY REGULATORY COMMISSION,

        Plaintiff,

v.

BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,

        Defendants.

I, __Boris Bershteyn__,

attorney for __Barclays Bank PLC__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Skadden Arps Slate Meagher & Flom LLP |
| Address: | 4 Times Square |
| City: | New York |
| State: | New York    ZIP Code: 10036 |
| Voice Phone: | (212) 735-3000 |
| FAX Phone: | (212) 735-2000 |
| Internet E-mail: | Boris.Bershteyn@skadden.com |
| Additional E-mail: | |
| I reside in City: | Queens    State: New York |

I was admitted to practice in the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department on January 26, 2005. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not **X** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Thomas J. Nolan

Firm Name:    Skadden Arps Slate Meagher & Flom LLP

Address:      300 South Grand Avenue, Suite 3400

City:         Los Angeles

State:        California       ZIP Code: 90071

Voice Phone:  (213) 687-5250

FAX Phone:    (213) 621-5250

E-mail:       Thomas.Nolan@skadden.com

Dated:  11-30-15              Petitioner:  /s/

**ORDER**

IT IS SO ORDERED.

Dated: December 02, 2015

Troy L. Nunley
United States District Judge