FEDERAL ENERGY REGULATORY COMMISSION
DAVID A. APPLEBAUM
David.Applebaum@ferc.gov
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:    (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | CASE NO.:  2:13-cv-02093-TLN-EFB (TEMP)<br><br>**DECLARATION OF WESLEY J. HEATH IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION TO AFFIRM CIVIL PENALTIES ASSESSED BY THE FEDERAL ENERGY REGULATORY COMMISSION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Hearing Date:   March 10, 2016<br>Presiding:       Hon. Troy L. Nunley<br>Courtroom:    2, 15th Floor |

DECLARATION OF WESLEY J. HEATH IN SUPPORT
OF PLAINTIFF'S MOTION TO AFFIRM CIVIL
PENALTIES

## DECLARATION OF WESLEY J. HEATH

1. I am an attorney for the Federal Energy Regulatory Commission ("FERC" or "Commission") and a member in good standing of the bars of the District of Columbia and State of New York. I served as lead counsel in the Commission's investigation of Barclays Bank PLC ("Barclays"), Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith's trading in the western U.S. I make this declaration in support of the Commission's Notice of Motion to Affirm Civil Penalties Assessed by FERC and Memorandum of Points and Authorities in Support ("Motion to Affirm") and based upon my personal knowledge of the matters herein and upon review of the files and records in this matter. If called to testify, I would testify competently to the following facts.

2. In an August 26, 2013 letter accompanying a production of documents, Barclays stated that it had completed its response to a June 29, 2012 subpoena issued by the Commission's Office of Enforcement. On or about March 26, 2014, Barclays produced to the Commission additional documents responsive to the June 29, 2012 subpoena. Barclays resumed and continued to produce documents responsive to the June 29, 2012 subpoena until November 2014.

3. I make this declaration in support of the Commission's Motion to Affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of December, 2015 at Washington, District of Columbia.

*/s/ Wesley J. Heath*
Wesley J. Heath

DECLARATION OF WESLEY J. HEATH IN SUPPORT OF PLAINTIFF'S MOTION TO AFFIRM CIVIL PENALTIES

1