1  PAUL HASTINGS LLP
   J. Bub Windle (Admitted *Pro Hac Vice*)
2  bubwindle@paulhastings.com
   PAUL HASTINGS LLP
3  875 15TH Street, N.W.
   Washington, D.C. 20005
4  Telephone:    (202) 551-1700
   Facsimile:    (202) 373-1705
5
   Attorney for Defendants
6  KAREN LEVINE and RYAN SMITH

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  FEDERAL ENERGY REGULATORY              No. 2:13-cv-02093-TLN- EFB (TEMP)
    COMMISSION,
12                                         **NOTICE OF WITHDRAWAL**
                Plaintiff
13                                         Presiding:   Hon. Troy L. Nunley
          v.                               Courtroom:   2
14                                         Trial Date:  None Set
    BARCLAYS BANK PLC; DANIEL BRIN;
15  SCOTT CONNELLY; KAREN LEVINE; and
    RYAN SMITH,
16
                Defendants.
17

18

19  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR**

20  **ATTORNEYS OF RECORD:**

21        **PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel to

22  KAREN LEVINE and RYAN SMITH.

23

24

25

26

27

28

1    DATED:  December 10, 2015

2

3                                                PAUL HASTINGS LLP

4

5                                          By:  _____/ s /_____

6                                                    J. Bub Windle
                                              bubwindle@paulhastings.com
7                                                Attorney for Defendants
                                            KAREN LEVINE and RYAN SMITH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28