FEDERAL ENERGY REGULATORY COMMISSION
DAVID A. APPLEBAUM
David.Applebaum@ferc.gov
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
M. CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:   (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | CASE NO.:  2:13-cv-02093-TLN-EFB (TEMP)<br><br>**NOTICE OF ERRATA TO ADMINISTRATIVE RECORD AND LODGING OF CERTAIN DOCUMENTS IN COLOR FORMAT**<br><br>Presiding: Hon. Troy L. Nunley<br>Courtroom: 2, 15th Floor |

**TO THE COURT AND ALL PARTIES TO THIS PROCEEDING:**

PLEASE TAKE NOTICE that Plaintiff Federal Energy Regulatory Commission (the "Commission") hereby provides a Notice of Errata to the Administrative Record lodged with the Court and served upon Defendants on November 2, 2015 (*See* Notice of Lodging Admin. Record (ECF No. 115)) as follows:

Certain testimony exhibits within the Administrative Record were inadvertently produced in black and white when the original documents were in color. The affected testimony exhibits are as follows:

1) Testimony of Daniel Brin: Exhibit 4 (AR01301-05) and Exhibits 22-24 (AR01544-49).

2) Testimony of Scott Connelly: Exhibits 4-9 (AR02076-88), Exhibit 29 (AR02387-88), Exhibit 47 (AR02624), and Exhibit 58 (AR02652).

3) Testimony of Monal Dhabliwala: Exhibit 9 (AR02978-85).

4) Testimony of Karen Levine: Exhibits 36-37 (AR03998-4007) and Exhibit 42 (AR04015-47).

5) Testimony of Ryan Smith: Exhibit 9 (AR04659), Exhibits 42-45 (AR04991-94), Exhibits 48-49 (AR04998-99), Exhibit 53 (AR05006), and Exhibit 56 (AR05011).

The Commission hereby re-submits these documents in color format by lodging a disc containing these materials with the Court.

Respectfully submitted,

DATED: December 14, 2015     FEDERAL ENERGY REGULATORY COMMISSION

By:  */s/ Maria Cristina Melendez*
MARIA CRISTINA MELENDEZ
DAVID A. APPLEBAUM
WESLEY J. HEATH
EMILY C. SCRUGGS

NOTICE OF ERRATA TO ADMINISTRATIVE RECORD AND LODGING OF CERTAIN DOCUMENTS IN COLOR FORMAT           2

*FERC v. Barclays Bank PLC; Daniel Brin; Scott Connelly; Karen Levine; and Ryan Smith*
2:13-cv-02093-TLN-EFB (TEMP)

## CERTIFICATION OF SERVICE OF PROCESS

I, Maria Cristina Melendez, declare under penalty of perjury that on the 9th day of December 2015, color copies of the administrative record pages identified in this Notice of Errata to Administrative Record (corresponding to certain testimony exhibits) were electronically served on counsel for the Defendants as identified below:

1) For Defendant BARCLAYS BANK PLC:

    Thomas J. Nolan (Thomas.Nolan@skadden.com)
    John N. Estes III (John.Estes@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    Mark C. Kalpin (Mark.Kalpin@wilmerhale.com)
    WILMER CUTLER PICKERING HALE AND DORR LLP

    Paul J. Pantano (Paul.Pantano@cwt.com)
    CADWALADER, WICKERSHAM & TAFT LLP

2) For Defendants DANIEL BRIN and SCOTT CONNELLY:

    Todd Mullins (tmullins@mcguirewoods.com)
    McGUIRE WOODS LLP

3) For Defendants KAREN LEVINE and RYAN SMITH:

    Michael L. Spafford (michaelspafford@paulhastings.com)
    PAUL HASTINGS LLP

By:    */s/ Maria Cristina Melendez*
      MARIA CRISTINA MELENDEZ
      Attorney-Advisor
      Office of Enforcement
      Federal Energy Regulatory Commission

**CERTIFICATION OF SERVICE OF PROCESS**            1