THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

*Please see continuation page for a complete list of the defendants and their counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, | CASE NO.: 2:13-cv-02093-TLN-EFB (TEMP) |
| Plaintiff, | **ORDER GRANTING REQUEST TO MODIFY BRIEFING PAGE LIMITS** |
| v. | **[FILED CONCURRENTLY WITH (1) DEFENDANTS' REQUEST TO MODIFY BRIEFING PAGE LIMITS IN RESPONSE TO THE FEDERAL ENERGY REGULATORY COMMISSION'S MOTION TO AFFIRM CIVIL PENALTIES; (2) DECLARATION OF THOMAS J. NOLAN IN SUPPORT THEREOF** |
| BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, | |
| Defendants. | |
| | Presiding:   Hon. Troy L. Nunley
Courtroom:  2
Trial Date:   None Set |

**CONTINUATION SHEET: DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
BORIS BERSHTEYN (Admitted *Pro Hac Vice*)
Boris.Bershteyn@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:    (312) 407-0700
Facsimile:    (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:    (202) 371-7000
Facsimile:    (202) 393-5760

GREGORY A. MARKEL (Admitted *Pro Hac Vice*)
Greg.Markel@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:    (202) 862-2410
Facsimile:    (202) 862-2400

Attorneys for BARCLAYS BANK PLC

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Attorneys for BARCLAYS BANK PLC


LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:     (202) 857-1752
Facsimile:     (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:     (212) 548-2166
Facsimile:     (212) 715-6279

Attorneys for DANIEL BRIN
and SCOTT CONNELLY

**CONTINUATION SHEET:  DEFENDANTS AND THEIR RESPECTIVE COUNSEL**

HOLLY A. HOUSE (SBN 136045)
hollyhouse@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
Telephone:     (415) 856-7075
Facsimile:      (415) 856-7175

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA L.T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:     (202) 551-1700
Facsimile:      (202) 373-1705

Attorneys for KAREN LEVINE
and RYAN SMITH

**ORDER**

The Court, having considered Defendants' Request to Modify Briefing Page Limits in Response to Plaintiff Federal Energy Regulatory Commission's ("FERC") Motion to Affirm Civil Penalties (the "Request") and the Declaration of Thomas J. Nolan in support thereof, and for good cause shown, hereby **GRANTS** Defendants' Request, and it is hereby **ORDERED** that:

1. Barclays Bank PLC ("Barclays") is entitled to file a brief in response to FERC's Motion to Affirm Civil Penalties, not to exceed fifty-five (55) briefing pages.

2. The individual traders named herein—Daniel Brin, Scott Connelly, Karen Levine and Ryan Smith—are each entitled to file a brief in response to FERC's Motion to Affirm Civil Penalties, and each brief will not exceed twenty (20) briefing pages.

**IT IS SO ORDERED.**

DATED:  December 16, 2015

_____
Troy L. Nunley
United States District Judge

1 | Respectfully submitted,

2 | DATED: December 14, 2015

3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4 | By: _____/s/ Thomas J. Nolan_____
Thomas J. Nolan
5 | Attorneys for BARCLAYS BANK PLC

6 | DATED: December 14, 2015

7 | CADWALADER, WICKERSHAM & TAFT LLP

8 | By: /s/ Gregory A. Markel (as authorized on 12/14/2015)
Gregory A. Markel
9 | Attorneys for BARCLAYS BANK PLC

10 | DATED: December 14, 2015

11 | WILMER CUTLER PICKERING HALE AND DORR LLP

12 | By: /s/ Seth Waxman (as authorized on 12/14/2015)
Seth P. Waxman
13 | Attorneys for BARCLAYS BANK PLC

14 | DATED: December 14, 2015

15 | McGUIREWOODS LLP

16 | By: /s/ Todd Mullins (as authorized on 12/14/2015)
Todd Mullins
17 | Attorneys for DANIEL BRIN and SCOTT CONNELLY

18 | DATED: December 14, 2015

19 | PAUL HASTINGS LLP

20 | By: /s/ Michael L. Spafford (as authorized on 12/14/2015)
Michael L. Spafford
21 | Attorneys for KAREN LEVINE and RYAN SMITH