

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

FEDERAL ENERGY REGULATORY
COMMISSION,

                Plaintiff,      Case No. 2:13-cv-02093-TLN-EFB (TEMP)

v.

BARCLAYS BANK PLC; DAN BRIN;
SCOTT CONNELLY; KAREN LEVINE;
and RYAN SMITH

                Defendants.

    I, Elizabeth L. Martin, attorney for Defendants Karen Levine and Ryan Smith, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below, and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Paul Hastings LLP |
| Address: | 875 15th Street, N.W. |
| City: | Washington |
| State: | DC    ZIP Code: 20005 |
| Voice Phone: | (202) 551-1937 |
| FAX Phone: | (202) 551-0492 |
| Internet E-mail: | elizabethmartin@paulhastings.com |
| Additional E-mail: | N/A |
| I reside in City: | Washington    State: DC |

I was admitted to practice in the District of Columbia Court of Appeals (and lower District of Columbia courts) on October 4, 2004, and all New York State courts on January 28, 2004. I am presently in good standing and eligible to practice in said courts. A certificate of good standing from the court in my state of primary practice, Washington, D.C., is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Holly A. House

Firm Name: Paul Hastings LLP

Address: 55 Second Street, Twenty-Fourth Floor

City: Los Angeles

State: CA    ZIP Code: 94105

Voice Phone: (415) 856-7000

FAX Phone: (415) 856-7100

E-mail: hollyhouse@paulhastings.com

Dated: 2/8/2016    Petitioner: /s/ Elizabeth L. Martin

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2016

_____
Troy L. Nunley
United States District Judge