FEDERAL ENERGY REGULATORY COMMISSION
DAVID A. APPLEBAUM
David.Applebaum@ferc.gov
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
ANDREW PAUL TAMAYO
Andrew.Tamayo@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:   (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | CASE NO.: 2:13-cv-02093-TLN-EFB (TEMP)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATIONS TO MODIFY BRIEFING PAGE LIMITS AND FOR AN EXTENSION OF TIME**<br><br>[FILED CONCURRENTLY WITH (1) PLAINTIFF'S EX PARTE APPLICATION TO MODIFY BRIEFING PAGE LIMITS IN REPLY TO DEFENDANTS' FEBRUARY 1, 2016 OPPOSITIONS TO PLAINTIFF'S MOTION TO AFFIRM CIVIL PENALTIES;<br>(2) PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANTS' FEBRUARY 1, 2016 OPPOSITIONS TO PLAINTIFF'S MOTION TO AFFIRM CIVIL PENALTIES]<br><br>Presiding:   Hon. Troy L. Nunley<br>Courtroom:   2, 15th Floor |

# ORDER

The Court, having considered Plaintiff Federal Energy Regulatory Commission's ("FERC" or "Commission") Ex Parte Application to Modify Briefing Page Limits in Reply to Defendants' February 1, 2016 Oppositions to Plaintiff's Motion to Affirm Penalties and the Commission's Ex Parte Application for an Extension of Time to Reply to Defendants' February 1, 2016 Oppositions to Plaintiff's Motion to Affirm Penalties, lack of any opposition thereto and otherwise being fully advised hereby finds good cause shown and **GRANTS** the Commission's Applications. It is hereby **ORDERED** that:

1. FERC may file a brief in reply to Defendants' Oppositions to Plaintiff's Motion to Affirm Penalties, not to exceed fifty (50) briefing pages.

2. FERC is provided with an additional twenty-five (25) days to file its reply. FERC's reply is now due by March 18, 2016, within forty-six (46) days of Defendants' filing their opposition briefs.

3. The hearing on the Commission's Motion to Affirm Penalties, currently noticed and calendared for March 10, 2016, is continued and re-scheduled for April 21, 2016.

Respectfully submitted,

DATED: February 5, 2016

FEDERAL ENERGY REGULATORY COMMISSION

By:  /s/ Maria Cristina Melendez
MARIA CRISTINA MELENDEZ
DAVID APPLEBAUM
WESLEY J. HEATH
EMILY C. SCRUGGS
ANDREW PAUL TAMAYO

**IT IS SO ORDERED.**

Dated: February 12, 2016

Troy L. Nunley
United States District Judge