FEDERAL ENERGY REGULATORY COMMISSION
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
ANDREW PAUL TAMAYO
Andrew.Tamayo@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:    (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | CASE NO.: 2:13-cv-02093-TLN-EFB (TEMP)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Presiding:      Hon. Troy L. Nunley<br>Courtroom:    2, 15th Floor |

NOTICE IS HEREBY GIVEN that David A. Applebaum has left his employment with Plaintiff Federal Energy Regulatory Commission ("the Commission"). He will no longer have any involvement with this matter. Please remove his name from the docket sheet. All other counsel of record to the Commission in this matter remain.

DATED: June 28, 2016

FEDERAL ENERGY REGULATORY COMMISSION

By:     /s/ *Maria Cristina Meléndez*
MARIA CRISTINA MELENDEZ
WESLEY J. HEATH
EMILY C. SCRUGGS
ANDREW PAUL TAMAYO

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

NOTICE OF WITHDRAWAL OF ATTORNEY                1