IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL ENERGY REGULATORY COMMISSION**<br><br>vs.<br><br>**BARCLAYS BANK PLC**<br>_____ / | CASE: **2:13–CV–02093–TLN–DB**<br><br><br>**ORDER OF REASSIGNMENT** |

The court, having considered the appointment of Magistrate Judge Deborah Barnes finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Edmund F. Brennan** to **Magistrate Judge Deborah Barnes** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:   **2:13–CV–02093–TLN–DB**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED:   August 2, 2016

_____
**LAWRENCE J. O'NEILL**, CHIEF
U.S. DISTRICT COURT JUDGE