FEDERAL ENERGY REGULATORY COMMISSION
WESLEY J. HEATH
Wesley.Heath@ferc.gov
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
ANDREW PAUL TAMAYO
Andrew.Tamayo@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:   (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | CASE NO.: 2:13-cv-02093-TLN-DB<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date:  None<br>Presiding:  Hon. Troy L. Nunley<br>Courtroom:  2, 15th Floor |

On August 12, 2016, Defendants filed a Notice of Supplemental Authority in Further Support of Their Oppositions to Plaintiff's Motion to Affirm Civil Penalties, ECF. No. 173, to inform the Court of a recent ruling from the United States District Court for the District of Columbia in *FERC v. City Power Marketing, LLC* ("*City Power*"), Civ. Action No. 15-1428 (JDB) (D.D.C. Aug. 10, 2016).  Defendants had previously filed a similar notice on July 25, 2016, ECF No. 171, regarding a decision from the United States District Court for the District of Massachusetts in *FERC v. Maxim Power Corp.* ("*Maxim*"), Civil No. 15-30113-MGM (D. Mass. July 21, 2016).  The Federal Energy Regulatory Commission ("FERC" or "Commission") respectfully disagrees with the *City Power* and *Maxim* courts' holdings that Section 31 of the

1  Federal Power Act, 16 U.S.C. § 823b(d)(3) (2012), mandates application of the Federal Rules of
2  Civil Procedure and a regular civil trial for the reasons already stated to this Court.  *See* Plaintiff's
3  Reply to Defendants' Oppositions to Plaintiff's Motion to Affirm Civil Penalties Assessed by
4  FERC ("Motion to Affirm Reply") at 3-9, ECF No. 166; Am. Joint Status Report at 5-9, ECF No.
5  97.  *See also FERC v. Silkman*, Civil Nos. 13-13054-DPW & 13-13056-DPW, slip op. at *25 (D.
6  Mass. Apr. 11, 2016) ("Although this court's *de novo* review may gain some procedural richness
7  in the context of an action seeking enforcement of an administrative order, that potential does not
8  change the fundamental nature of this court's task – which is to 'review' agency action. . . .")
9  (footnote omitted), Attach. to ECF No. 168.

10  The *City Power* court also decided a number of other issues currently pending before this
11  Court in the Commission's Motion to Affirm the Civil Penalties Assessed by FERC ("Motion to
12  Affirm"), ECF No. 125.  First, the court rejected the same argument put forth by Defendants in
13  this case (*see* Motion to Affirm Reply at 23-25) that FERC is required to "show harm when it
14  brings an enforcement action."  *City Power*, slip op. at *28.  Second, the court held that
15  "securities traders are not free to trade for whatever purpose they wish.  Traders are presumed to
16  be trading on the basis of their best estimates of a security's underlying economic value and to
17  trade for other purposes can be deceptive." *Id.* at *24-25 (citation omitted).  This position is in
18  accord with the Commission's argument that "injecting false supply or demand information to
19  move prices is unlawful."  Motion to Affirm Reply at 24 (capitalization omitted).  Third, the court
20  held that "Section 31(d)(3) does indeed authorize this Court 'to review *de novo* the law and the
21  facts involved,' 16 U.S.C. § 823b(d)(3), but that does not eliminate *Chevron* deference."  *City*
22  *Power*, slip op. at *35-36 (italics inserted).  *See* Motion to Affirm at 4 n.3; Motion to Affirm
23  Reply at 24.

24  DATED: August 16, 2016                      FEDERAL ENERGY REGULATORY
25                                                               COMMISSION

26                                                               By:      /s/ *Wesley J. Heath*
                                                                         WESLEY J. HEATH
27                                                                       EMILY C. SCRUGGS
                                                                         MARIA CRISTINA MELENDEZ
28                                                                       ANDREW PAUL TAMAYO