UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>            Defendants. | No.  2:13-cv-2093 TLN DB<br><br><br>ORDER |

Pending before the Court is Plaintiff's Motion to Affirm Civil Penalties.  (ECF No. 125.) Although FERC has filed an Index of the entire Administrative Record (ECF No. 115), it appears that it has filed only the first part of the record, namely AR 1 to AR 1081.  According to the Index, the Administrative Record continues on to AR 8488.  In addition, the parties have stipulated to redact personal addresses and zip codes from the portion of the Administrative Record that has yet to be filed.  (ECF No. 113; *see* Index, ECF No. 115 at 7 n.21.)  This stipulation will be approved, pursuant to E.D. Cal. R. 140(b).  The Court will therefore order the remainder of the Administrative Record to be filed with the Court.

The Court notes that FERC has filed the beginning portion of the AR in paper format. In order to assist it to better manage the nearly 8,500 pages of the Administrative Record, the

1

Court will order the entire Administrative Record to be filed in digital format.

Therefore, IT IS HEREBY ORDERED that:

1. The parties' stipulation regarding redaction of personal addresses and zip codes (ECF No. 113), is APPROVED;

2. FERC shall file the entire Administrative Record (including the portion already filed in paper format), electronically, as provided by Local Rule 133(a), within 30 days of this Order; however, if confidentiality or privacy concerns preclude electronic filing, FERC shall file the entire Administrative Record on digital discs, and provide copies to Chambers.

IT IS SO ORDERED.

Dated: August 24, 2016

Troy L. Nunley
United States District Judge