FEDERAL ENERGY REGULATORY COMMISSION
EMILY C. SCRUGGS
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone: (202) 502-8100
Emily.Scruggs@ferc.gov

Attorney for FEDERAL ENERGY REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | CASE NO.: 2:13-cv-02093-TLN-DB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Presiding:   Hon. Troy L. Nunley<br>Courtroom:  2, 15th Floor |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Emily C. Scruggs is no longer associated with Plaintiff Federal Energy Regulatory Commission ("the Commission") and withdraws as counsel to the Commission in the above-captioned matter. All other counsel of record to the Commission in this matter remain.

DATED: September 14, 2016

FEDERAL ENERGY REGULATORY COMMISSION

By:    /s/
EMILY C. SCRUGGS
Emily.Scruggs@ferc.gov
Attorney for FEDERAL ENERGY REGULATORY COMMISSION

NOTICE OF WITHDRAWAL OF ATTORNEY          1