UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>           Plaintiff,<br><br>    v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY, KAREN LEVINE; and RYAN SMITH,<br><br>           Defendants. | No. 2:13-cv-02093-TLN-DB<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ADMINISTRATIVE LAW PROFESSORS JEFFREY S. LUBBERS, WILLIAM FUNK ET AL.** |

**IT IS ORDERED** that the Motion of Amici Curaei Administrative Law Professors Jeffrey S. Lubbers, William Funk et al. to file a brief as amici curiae be and it hereby is **GRANTED**, and it is **FURTHER ORDERED** that amici's proposed brief shall be deemed filed in this action.

SACRAMENTO, CALIFORNIA, this ____ day of _____, 2016.

TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE