**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**




**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

FEDERAL ENERGY REGULATORY COMMISSION,
Plaintiff,

v.

BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,
Defendants.

Case No. 2:13-cv-02093-TLN-DB

I, James D. Wareham,

attorney for Proposed Amici Curiae Professors Jeffrey S. Lubbers, William Funk et al.,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP

Address: 801 17th Street, N.W.

City: Washington

State: D.C. ZIP Code: 20006

Voice Phone: ( 202 ) 639-7040

FAX Phone: ( 202 ) 639-7003

Internet E-mail: james.wareham@friedfrank.com

Additional E-mail: N/A

I reside in City: Washington State: DC

I was admitted to practice in the District of Columbia Court of Appeals (court) on September 25, 1987 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not XX concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_______________

_______________

_______________.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Jeremy Jones

Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP

Address: 801 17th Street, N.W.

City: Washington

State: DC ZIP Code: 20006

Voice Phone: ( 202 ) 639-7049

FAX Phone: ( 202 ) 639-7003

E-mail: jeremy.jones@friedfrank.com

Dated: 11/7/2016 Petitioner: [signature]

**ORDER**

IT IS SO ORDERED.

Dated: ___________________

_____________________________
JUDGE, U.S. DISTRICT COURT



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

*I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that*

**JAMES D. WAREHAM**

*was on* **SEPTEMBER 25, 1987** *duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **OCTOBER 31, 2016**.

*JULIO A. CASTILLO*
*Clerk of the Court*

*By:* ______________________
*Deputy Clerk*