UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | No. 2:13-cv-02093-TLN-DB<br><br><br>ORDER |

Pending before the Court is the motion by twelve administrative law professors to file an amicus brief in connection with Plaintiff's Motion To Affirm Civil Penalties. ECF No. 180. The Court has determined that the amicus motion may be decided without further briefing or oral argument.

The parties have already provided the Court with sophisticated and thorough briefing on the pertinent issues. The Court does not believe that further briefing by the proposed amici would be helpful to resolution of the motion.

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that the amicus motion (ECF No. 180), is
2 DENIED, and the December 8, 2016 hearing on the motion is VACATED.

4 Dated: November 16, 2016

                                          Troy L. Nunley
                                          United States District Judge