FEDERAL ENERGY REGULATORY COMMISSION
WESLEY J. HEATH
Wesley.Heath@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
ANDREW PAUL TAMAYO
Andrew.Tamayo@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:   (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

*Please see continuation page for a complete list of the parties and their respective counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>              Plaintiff,<br><br>       v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>              Defendants. | CASE NO.: 2:13-cv-02093-TLN-DB<br><br>**JOINT STIPULATED REQUEST TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO AFFIRM CIVIL PENALTIES AND [PROPOSED] ORDER**<br><br>Current Hearing Date:   January 26, 2017<br>Proposed Hearing Date: February 9, 2017<br>Presiding:   Hon. Troy L. Nunley<br>Courtroom:   2, 15th Floor |

**CONTINUATION SHEET: COUNSEL FOR DEFENDANTS**

THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
BORIS BERSHTEYN (Admitted *Pro Hac Vice*)
Boris.Bershteyn@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

JASON M. HALPER (Admitted *Pro Hac Vice*)
Jason.Halper@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE

**CONTINUATION SHEET: COUNSEL FOR DEFENDANTS**

PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
Paul.Pantano@cwt.com
JODI L. AVERGUN (Admitted *Pro Hac Vice*)
Jodi.Avergun@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2410
Facsimile: (202) 862-2400

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
Heather.Zachary@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

MARK C. KALPIN (Admitted *Pro Hac Vice*)
Mark.Kalpin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Defendant BARCLAYS BANK PLC


LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE

**CONTINUATION SHEET: COUNSEL FOR DEFENDANTS**

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 857-1752
Facsimile: (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone: (212) 548-2166
Facsimile: (212) 715-6279

Attorneys for Defendants DANIEL BRIN
and SCOTT CONNELLY

HOLLY A. HOUSE (SBN 136045)
hollyhouse@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
ELIZABETH MARTIN (Admitted *Pro Hac Vice*)
elizabethmartin@paulhastings.com
DAREN F. STANAWAY (Admitted *Pro Hac Vice*)
darenstanaway@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Attorneys for Defendants KAREN LEVINE
and RYAN SMITH

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE

The Federal Energy Regulatory Commission ("FERC"), on the one hand, and Barclays Bank PLC ("Barclays"), Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith (collectively, the Individual Traders), on the other hand (together the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, FERC filed a "Motion to Affirm Civil Penalties Assessed by the Federal Energy Regulatory Commission and Memorandum of Points and Authorities in Support" (the "Motion to Affirm Civil Penalties") in this action on December 2, 2015;

**WHEREAS**, Barclays and the Individual Traders filed Oppositions to FERC's Motion to Affirm Civil Penalties on February 1, 2016, and FERC filed a Reply in support of their Motion to Affirm Civil Penalties on March 18, 2016;

**WHEREAS**, on November 17, 2016, the Court issued an Order setting FERC's Motion to Affirm Civil Penalties for hearing for Thursday, January 26, 2017 at 1:30 PM;

**WHEREAS**, some but not all of FERC's counsel are available to attend the hearing in this matter scheduled for January 26, 2017;

**WHEREAS**, counsel for FERC has consulted with the Court and understands that the Court is alternatively available to hear this matter on February 9, 2017 at 1:30 PM;

**WHEREAS**, the Parties have conferred and determined that counsel for all Parties are available on February 9, 2017;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, that the hearing in this matter set for January 26, 2017 at 1:30 PM be continued until February 9, 2017 at 1:30 PM.

**IT IS SO STIPULATED.**

DATED:  November 23, 2016

FEDERAL ENERGY REGULATORY COMMISSION

By:      /s/ *Maria Cristina Melendez*
             Maria Cristina Melendez
Attorneys for FEDERAL ENERGY REGULATORY COMMISSION

DATED:  November 23, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     /s/ *Steven R. Glaser (as authorized on 11/22/2016)*
             Steven R. Glaser
Attorneys for BARCLAYS BANK PLC

DATED:  November 23, 2016

CADWALADER, WICKERSHAM & TAFT LLP

By:     /s/ *Jason M. Halper (as authorized on 11/22/2016)*
             Jason M. Halper
Attorneys for BARCLAYS BANK PLC

DATED:  November 23, 2016

WILMER CUTLER PICKERING HALE AND DORR LLP

By:     /s/ *Seth Waxman (as authorized on 11/22/2016)*
             Seth P. Waxman
Attorneys for BARCLAYS BANK PLC

DATED:  November 23, 2016

McGUIREWOODS LLP

By: /s/ *Todd Mullins (as authorized on 11/22/2016)*
             Todd Mullins
Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED:  November 23, 2016

PAUL HASTINGS LLP

By: /s/ *Michael L. Spafford (as authorized on 11/22/2016)*
             Michael L. Spafford
Attorneys for KAREN LEVINE and RYAN SMITH

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE

2

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby **ORDERED** that the hearing in this matter set for January 26, 2017 at 1:30 PM is continued until February 9, 2017 at 1:30 PM, in Courtroom 2.

**IT IS SO ORDERED**.

DATED: November ___, 2016

By: _____
Hon. Troy L. Nunley
United States District Court Judge

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE