1   FEDERAL ENERGY REGULATORY COMMISSION
    WESLEY J. HEATH
2   Wesley.Heath@ferc.gov
    MARIA CRISTINA MELENDEZ
3   Cristina.Melendez@ferc.gov
    ANDREW PAUL TAMAYO
4   Andrew.Tamayo@ferc.gov
    Office of Enforcement
5   888 1st Street, N.E.
    Washington, DC 20426
6   Telephone:      (202) 502-8100

7   Attorneys for FEDERAL ENERGY
    REGULATORY COMMISSION
8
    *Please see continuation page for a complete*
9   *list of the parties and their respective counsel.*

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13  FEDERAL ENERGY REGULATORY          )   CASE NO.:  2:13-cv-02093-TLN-DB
    COMMISSION,                        )
14                                     )   **JOINT STIPULATED REQUEST TO**
                       Plaintiff,      )   **CONTINUE HEARING DATE ON**
15                                     )   **PLAINTIFF'S MOTION TO AFFIRM**
             v.                        )   **CIVIL PENALTIES AND ORDER**
16                                     )
    BARCLAYS BANK PLC; DANIEL BRIN;    )   Current Hearing Date:    January 26, 2017
17  SCOTT CONNELLY; KAREN LEVINE; and  )   Proposed Hearing Date:  February 9, 2017
    RYAN SMITH,                        )   Presiding:          Hon. Troy L. Nunley
18                                     )   Courtroom:          2, 15th Floor
                       Defendants.     )
19  _____)

20

21

22

23

24

25

26

27

28
    JOINT STIPULATED REQUEST
    TO CONTINUE MOTION TO AFFIRM CIVIL
    PENALTIES HEARING DATE AND ORDER

**CONTINUATION SHEET: COUNSEL FOR DEFENDANTS**

THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
BORIS BERSHTEYN (Admitted *Pro Hac Vice*)
Boris.Bershteyn@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
DONNA M. BYRNE (Admitted *Pro Hac Vice*)
Donna.Byrne@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

JASON M. HALPER (Admitted *Pro Hac Vice*)
Jason.Halper@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**<u>CONTINUATION SHEET: COUNSEL FOR DEFENDANTS</u>**

1

2  PAUL J. PANTANO JR. (Admitted *Pro Hac Vice*)
   Paul.Pantano@cwt.com
3  JODI L. AVERGUN (Admitted *Pro Hac Vice*)
   Jodi.Avergun@cwt.com
4  CADWALADER, WICKERSHAM & TAFT LLP
   700 Sixth Street, N.W.
5  Washington, D.C. 20001
6  Telephone: (202) 862-2410
   Facsimile: (202) 862-2400
7
   SETH P. WAXMAN (Admitted *Pro Hac Vice*)
8  Seth.Waxman@wilmerhale.com
   DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
9  Dan.Berkovitz@wilmerhale.com
   JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
10 Jonathan.Cedarbaum@wilmerhale.com
11 HEATHER M. ZACHARY (Admitted *Pro Hac Vice*)
   Heather.Zachary@wilmerhale.com
12 WILMER CUTLER PICKERING HALE AND DORR LLP
   1875 Pennsylvania Avenue, N.W.
13 Washington, D.C. 20006
14 Telephone: (202) 663-6000
   Facsimile: (202) 663-6363
15
   MARK C. KALPIN (Admitted *Pro Hac Vice*)
16 Mark.Kalpin@wilmerhale.com
   WILMER CUTLER PICKERING HALE AND DORR LLP
17 60 State Street
18 Boston, Massachusetts 02109
   Telephone: (617) 526-6000
19 Facsimile: (617) 526-5000
20 Attorneys for Defendant BARCLAYS BANK PLC
21
22 LESLIE M. WERLIN (SBN 67994)
   lwerlin@mcguirewoods.com
23 McGUIREWOODS LLP
   1800 Century Park East, 8th Floor
24 Los Angeles, California 90067
   Telephone: (310) 315-8200
25 Facsimile: (310) 315-8210
26
27
28

JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE AND ORDER

**CONTINUATION SHEET: COUNSEL FOR DEFENDANTS**

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 857-1752
Facsimile: (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone: (212) 548-2166
Facsimile: (212) 715-6279

Attorneys for Defendants DANIEL BRIN
and SCOTT CONNELLY

HOLLY A. HOUSE (SBN 136045)
hollyhouse@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
VICTORIA T. EARLS (Admitted *Pro Hac Vice*)
victoriaearls@paulhastings.com
ELIZABETH MARTIN (Admitted *Pro Hac Vice*)
elizabethmartin@paulhastings.com
DAREN F. STANAWAY (Admitted *Pro Hac Vice*)
darenstanaway@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Attorneys for Defendants KAREN LEVINE
and RYAN SMITH

1    The Federal Energy Regulatory Commission ("FERC"), on the one hand, and Barclays

2    Bank PLC ("Barclays"), Daniel Brin, Scott Connelly, Karen Levine, and Ryan Smith

3    (collectively, the Individual Traders), on the other hand (together the "Parties"), by and through

4    their respective counsel, hereby stipulate and agree as follows:

5    **WHEREAS**, FERC filed a "Motion to Affirm Civil Penalties Assessed by the Federal

6    Energy Regulatory Commission and Memorandum of Points and Authorities in Support" (the

7    "Motion to Affirm Civil Penalties") in this action on December 2, 2015;

8    **WHEREAS**, Barclays and the Individual Traders filed Oppositions to FERC's Motion to

9    Affirm Civil Penalties on February 1, 2016, and FERC filed a Reply in support of their Motion to

10   Affirm Civil Penalties on March 18, 2016;

11   **WHEREAS**, on November 17, 2016, the Court issued an Order setting FERC's Motion to

12   Affirm Civil Penalties for hearing for Thursday, January 26, 2017 at 1:30 PM;

13   **WHEREAS**, some but not all of FERC's counsel are available to attend the hearing in

14   this matter scheduled for January 26, 2017;

15   **WHEREAS**, counsel for FERC has consulted with the Court and understands that the

16   Court is alternatively available to hear this matter on February 9, 2017 at 1:30 PM;

17   **WHEREAS**, the Parties have conferred and determined that counsel for all Parties are

18   available on February 9, 2017;

19   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

20   between the Parties, through their undersigned counsel of record, subject to the approval of the

21   Court, that the hearing in this matter set for January 26, 2017 at 1:30 PM be continued until

22   February 9, 2017 at 1:30 PM.

23

24

25

26

27

28   JOINT STIPULATED REQUEST
     TO CONTINUE MOTION TO AFFIRM CIVIL
     PENALTIES HEARING DATE AND ORDER

                                    1

1    **IT IS SO STIPULATED.**

2    DATED:  November 23, 2016

3                                              FEDERAL ENERGY REGULATORY COMMISSION

4                                              By:        /s/ *Maria Cristina Melendez*
                                                          Maria Cristina Melendez
5                                              Attorneys   for   FEDERAL   ENERGY   REGULATORY
                                               COMMISSION

6    DATED:  November 23, 2016

7                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

8                                              By:     /s/ *Steven R. Glaser (as authorized on 11/22/2016)*
                                                       Steven R. Glaser
9                                              Attorneys for BARCLAYS BANK PLC

10   DATED:  November 23, 2016

11                                             CADWALADER, WICKERSHAM & TAFT LLP

12                                             By:     /s/ *Jason M. Halper (as authorized on 11/22/2016)*
                                                       Jason M. Halper
13                                             Attorneys for BARCLAYS BANK PLC

14   DATED:  November 23, 2016

15                                             WILMER CUTLER PICKERING HALE AND DORR LLP

16                                             By:     /s/ *Seth Waxman (as authorized on 11/22/2016)*
                                                       Seth P. Waxman
17                                             Attorneys for BARCLAYS BANK PLC

     DATED:  November 23, 2016

18                                             McGUIREWOODS LLP

19                                             By:  /s/ *Todd Mullins (as authorized on 11/22/2016)*
                                                    Todd Mullins
20                                             Attorneys for DANIEL BRIN and SCOTT CONNELLY

21   DATED:  November 23, 2016

22                                             PAUL HASTINGS LLP

23                                             By:  /s/ *Michael L. Spafford (as authorized on 11/22/2016)*
                                                    Michael L. Spafford
24                                             Attorneys for KAREN LEVINE and RYAN SMITH

25

26

27

28   JOINT STIPULATED REQUEST
     TO CONTINUE MOTION TO AFFIRM CIVIL                    2
     PENALTIES HEARING DATE AND ORDER

1

## <u>ORDER</u>

2       Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby

3 **ORDERED** that the hearing in this matter set for January 26, 2017 at 1:30 PM is continued

4 until February 9, 2017 at 1:30 PM, in Courtroom 2.

5       **IT IS SO ORDERED**.

6

7       Dated: December 1, 2016

8

9                                              _____
                                               Troy L. Nunley
10                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
JOINT STIPULATED REQUEST
TO CONTINUE MOTION TO AFFIRM CIVIL
PENALTIES HEARING DATE AND ORDER