LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8222
Facsimile:    (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:   (202) 857-1752
Facsimile:    (202) 828-3320

ALLISON D. CHARNEY (Admitted *Pro Hac Vice*)
acharney@mcguirewoods.com
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:   (212) 548-2166
Facsimile:    (212) 715-6279

Attorneys for DANIEL BRIN and SCOTT CONNELLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>Defendants. | No.  2:13-cv-02093-TLN-DB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Presiding:   Hon. Troy L. Nunley<br>Courtroom:   2, 15th Floor |

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel to Daniel Brin and Scott Connelly. All other counsel of record to Daniel Brin and Scott Connelly in this matter remain.

DATED: December 22, 2016

                            McGUIREWOODS LLP

                            By: ____/s/ Allison Charney_____
                                  Allison Charney
                            Attorneys for DANIEL BRIN and SCOTT CONNELLY