AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FEDERAL ENERGY REGULATORY COMMISSION,          CASE NO. 2:13-cv-2093 TLN DAD

               Petitioner

Vs.                                                          NOTICE OF APPEARANCE

BARCLAYS BANK, PLC, et al.

_____ /


To the Clerk of this court and all parties of record:

      Please enter my appearance as counsel in this case for

              FEDERAL ENERGY REGULATORY COMMISSION


      I certify that I am admitted to practice in this court.


Date: January 31, 2017 _____ /S/ _____

                   MARK RAYMOND KOEHN

                       Government Attorney

                 State Bar Number

                     Federal Energy Regulatory Commission

                     888 First Street, NE

                 Address

                     Washington, D.C.          20426

                 City                                    Zip Code

                     (202) 502-8439

                 Phone Number

                     (202) 208-0057

                 Fax Number

                     mark.koehn@ferc.gov

                 E-Mail Address