Elizabeth L. Martin (Admitted *Pro Hac Vice*)
elizabethmartin@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 373-1705

Attorney for Defendants
KAREN LEVINE and RYAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>　　　　Defendants. | No. 2:13-cv-02093-TLN-DB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Hearing Date: February 9, 2017<br>Time:　　　　1:30 p.m.<br>Presiding:　　Hon. Troy L. Nunley<br>Courtroom:　　2, 15th Floor<br>Trial Date:　　None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Elizabeth L. Martin hereby withdraws as counsel to KAREN LEVINE and RYAN SMITH.  Michael L. Spafford, Holly A. House, Victoria L. T. Earls, and Daren F. Stanaway remain as counsel of record to KAREN LEVINE and RYAN SMITH in this matter.

NOTICE OF WITHDRAWAL OF ATTORNEY

1  DATED: February 3, 2017

3                                          PAUL HASTINGS LLP

5                                          By: /s/ *Elizabeth L. Martin*
6                                               Elizabeth L. Martin
                                                elizabethmartin@paulhastings.com
7                                               Attorneys for Defendants
                                                KAREN LEVINE and RYAN SMITH