JACK DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

Attorneys for Defendant,
BARCLAYS BANK PLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>　　　　　　Defendants. | CASE NO.:  2:13-cv-02093-TLN-DB<br><br>NOTICE OF APPEARANCE<br><br>Presiding:    Hon. Troy L. Nunley<br>Courtroom:   2<br>Trial Date:   None Set |

NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to BARCLAYS BANK PLC, files this notice of appearance, and requests that all notices and pleadings hereafter given or filed in this case additionally be given and served upon:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
JACK DICANIO
jack.dicanio@skadden.com
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Jack DiCanio is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Eastern District of California.

DATED:  March 9, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____/s/_____
JACK DICANIO
Attorneys for Defendant, BARCLAYS BANK PLC