JACK DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

Attorneys for Defendant,
BARCLAYS BANK PLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH,<br><br>　　　　　　Defendants. | CASE NO.:  2:13-cv-02093-TLN-DB<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY<br><br>Presiding:　Hon. Troy L. Nunley<br>Courtroom:　2<br>Trial Date:　None Set |

NOTICE OF WITHDRAWAL OF ATTORNEY

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Thomas J. Nolan is no longer counsel of record for BARCLAYS BANK PLC.  Please remove his name from the docket.  All other counsel of record for Barclays Bank PLC in this matter remain.

DATED:  March 16, 2017

                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                      By:  /s/
                              JACK DICANIO
                      Attorneys for Defendant, BARCLAYS BANK PLC