FEDERAL ENERGY REGULATORY COMMISSION
WESLEY J. HEATH
Wesley.Heath@ferc.gov
MARIA CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
MARK KOEHN
Mark.Koehn@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:    (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; KAREN LEVINE; and RYAN SMITH, <br><br> Defendants. | CASE NO.: 2:13-cv-02093-TLN-DB <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY** <br><br> Presiding:    Hon. Troy L. Nunley <br> Courtroom:   2, 15th Floor |

NOTICE IS HEREBY GIVEN that Andrew P. Tamayo, counsel for Federal Energy Regulatory Commission, is withdrawing from this case. Please remove his name from the docket sheet. All other counsel of record for the Commission remain.

DATED: March 31, 2017              FEDERAL ENERGY REGULATORY
                                   COMMISSION

                                   By:     /s/ *Maria Cristina Meléndez*
                                           MARIA CRISTINA MELENDEZ
                                           WESLEY J. HEATH
                                           MARK KOEHN

                                           Attorneys for FEDERAL ENERGY
                                           REGULATORY COMMISSION

NOTICE OF WITHDRAWAL OF ATTORNEY          1