FEDERAL ENERGY REGULATORY COMMISSION
WESLEY J. HEATH
Wesley.Heath@ferc.gov
M. CRISTINA MELENDEZ
Cristina.Melendez@ferc.gov
MARK R. KOEHN
Mark.Koehn@ferc.gov
TODD HETTENBACH
Todd.Hettenbach@ferc.gov
DANIELLE MECHLING
Danielle.Mechling@ferc.gov
LAURA SWETT
Laura.Swett@ferc.gov
Office of Enforcement
888 1st Street, N.E.
Washington, DC 20426
Telephone:     (202) 502-8100

Attorneys for FEDERAL ENERGY
REGULATORY COMMISSION

*Please see continuation sheets for a list of all parties and their respective counsel.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BARCLAYS BANK PLC; DANIEL BRIN; SCOTT CONNELLY; and KAREN LEVINE,<br><br>  Defendants. | CASE NO.: 2:13-cv-02093-TLN-DB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Presiding:      Hon. Troy L. Nunley<br>Courtroom:    2, 15th Floor<br>Trial Date:     May 6, 2019 [Vacated] |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

JACK DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:      (650) 470-4570

STEVEN R. GLASER (Admitted *Pro Hac Vice*)
Steven.Glaser@skadden.com
BORIS BERSHTEYN (Admitted *Pro Hac Vice*)
Boris.Bershteyn@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000

PATRICK FITZGERALD (Admitted *Pro Hac Vice*)
Patrick.Fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone:     (312) 407-0700
Facsimile:      (312) 407-0411

JOHN N. ESTES III (Admitted *Pro Hac Vice*)
John.Estes@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:     (202) 371-7000
Facsimile:      (202) 393-5760

SETH P. WAXMAN (Admitted *Pro Hac Vice*)
Seth.Waxman@wilmerhale.com
DAN M. BERKOVITZ (Admitted *Pro Hac Vice*)
Dan.Berkovitz@wilmerhale.com
JONATHAN G. CEDARBAUM (Admitted *Pro Hac Vice*)
Jonathan.Cedarbaum@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 663-6000
Facsimile:      (202) 663-6363

Attorneys for BARCLAYS BANK PLC

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

LESLIE M. WERLIN (SBN 67994)
lwerlin@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200
Facsimile:   (310) 315-8210

TODD MULLINS (Admitted *Pro Hac Vice*)
tmullins@mcguirewoods.com
McGUIREWOODS LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone:   (202) 857-1752
Facsimile:   (202) 828-3320

Attorneys for DANIEL BRIN and SCOTT CONNELLY


HOLLY A. HOUSE (SBN 136045)
hollyhouse@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone:   (415) 856-7000
Facsimile:   (415) 856-7100

MICHAEL L. SPAFFORD (Admitted *Pro Hac Vice*)
michaelspafford@paulhastings.com
AMY CARPENTER-HOLMES (Admitted *Pro Hac Vice*)
amycarpenter-holmes@paulhastings.com
DAREN F. STANAWAY (Admitted *Pro Hac Vice*)
darenstanaway@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 551-1700
Facsimile:   (202) 551-1705

Attorneys for KAREN LEVINE and RYAN SMITH

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the December 4, 2017 minute order, ECF No. 242, Plaintiff Federal Energy Regulatory Commission and Defendants hereby stipulate to the dismissal of this action, with prejudice. All parties shall bear their own costs and attorneys' fees.

DATED:  December 11, 2017

FEDERAL ENERGY REGULATORY COMMISSION

By: */s/ Danielle Mechling (as authorized on December 11, 2017)*
Danielle Mechling
Attorneys for FEDERAL ENERGY REGULATORY COMMISSION

DATED:  December 11, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jack DiCanio  (as authorized on December 11, 2017)*
Jack DiCanio
Attorneys for BARCLAYS BANK PLC

DATED:  December 11, 2017

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Seth Waxman  (as authorized on December 11, 2017)*
Seth P. Waxman
Attorneys for BARCLAYS BANK PLC

DATED:  December 11, 2017

McGUIREWOODS LLP

By: */s/ Todd Mullins  (as authorized on December 11, 2017)*
Todd Mullins
Attorneys for DANIEL BRIN and SCOTT CONNELLY

DATED:  December 11, 2017

PAUL HASTINGS LLP

By: */s/ Michael Spafford  (as authorized on December 11, 2017)*
Michael Spafford
Attorneys for KAREN LEVINE and RYAN SMITH